

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED

SEP 2 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

$G

UNITED STATES OF AMERICA,
            Plaintiff/Petitioner

v.

Victor M. Crown, Individually and D/B/A
Crown and Franklin Accounting and Refunds, et al
            Defendant/Respondent

Case No.: 1:14-CV-05402

HON. JAMES ZAGEL
FRAP 11 (a)(c)(e)(f)
FRCP 1970 – FRCP 1971
28 USC 1631- 28 USC 1927

DEFENDANTS' FRCP RULE 54 MOTION FOR ENTRY OF JUDGMENT [REFILED]

Respondent Victor M. Crown, Pro Se, as provided under the Federal Rules of Civil Procedure, FRCP 54 (c)(d)(1), herewith now moves for entry of judgment in this civil case as follows:

This motion is technically a request for reconsideration of the docket entry from August 13, 2015, is timely filed under a specific legal mandate by the 7th Circuit Court of Appeals [Docket No. 15-1734 – USA v. Victor M. Crown, et al] on August 14, 2015 was backdated to June 22, 2015 – or 10 days after the filing of a correction under FRAP 10 on June 12, 2015 ordered $90333 in post-judgment statutory interest to the defendant [Victor M. Crown] for a Shakman 2 claim that was timely filed on May 12, 2008 and intentionally defaulted by the City of Chicago.

This motion is filed by Victor M. Crown and the Lourdes Theodossis Estate under FRCP 54 [judgments], FRCP 70 [a] [enforcing a judgment for a specific act – EFT – electronic funds transfer]; [d] writ of execution or assistance; and FRCP 71 [enforcement against non-party]

The 7th Circuit mandate in this case in my favor has therefore legally established a "non-frivolous" basis for filing individual amended tax returns for the period of 2001-2010; as provided under 26 USC 1311-1314 which includes statutory interest under IRC 6601. [IRS rules]

This motion is therefore being filed under FRCP 54 (c)(d)(1) and FRCP 70/71 to permit immediate enforcement of a General Order[s] which then directs Bank of America Legal Order Processing to process, with electronic funds transfer [EFT] the amount of $354537 in statutory payments [fed with/FICA] which in accord with the 7th Circuit mandate and the Rule of Law.

As provided under FRCP 54 (c)(d)(1) the hourly rate of $56.80 which has been established by the Internal Revenue Service [IRS] with my 2014 federal tax return [Form 1040] and the 2012 and 2013 federal amended tax returns [Form 1040x] that were submitted after Shakman defendant[s] [City of Chicago, County of Cook and State of Illinois failed to obtain a legal stay of the 7th Circuit legal mandate on 9/4/2015 – which has now created a legal basis to terminate the civil injunction case on tax preparation against the Lourdes Theodossis Estate [2011] and Accurate Accounting, Inc. [2012] entirely since the 7th Circuit ruling changed an incorrect legal misclassification of tax claims by Lourdes Theodossis Estate and Accurate Accounting, Inc. from "frivolous" to "not-frivolous" – which affects the injunction on tax preparation filed 7/16/14.

The "prevailing party" [Victor M. Crown, pro se] was asked by **Magistrate Judge Jeffrey Gilbert** to re-file this motion on 9-17-2015 with the District Court in order to provide for specific release [by EFT – electronic funds transfer] of statutory payments that were affirmed by the 7th Circuit Court of Appeals [Docket No. 11-1546, Docket No. 13-1962, Docket No. 15-1745] and defaulted by both the US DOJ [plaintiff] and the affiliated 3rd party [City of Chicago] covered under FRCP Rule 70 [enforcing a judgment for a specific act] and FRCP Rule 71 [enforcing a judgment against a nonparty (which, in this case is Bank of America Legal Order Processing). Bank of America Legal Order Processing, who acts as the legal trustee for the City of Chicago bond issue of February 2014, was/is designated [legally appointed] by the District Court to therefore perform a "specific act" under FRCP 70 – which is electronic funds transfer [EFT] affecting the judgments that were entered in the petitioners' favor by the District Court and the 7th Circuit.

The "prevailing party" [Victor M. Crown, pro se] is therefore asking the District Court Clerk, as provided under **Federal Rules of Civil Procedure** to provide for immediate entry/enforcement of federal orders under General Order [09-014] on court modernization/administration which affirms, upon entry of this motion an automatic "waiver" of the court's signature requirement – which is currently being used by City of Chicago [including **Mayor Rahm Emanuel** and **Corporation Counsel Stephen Patton**] and other outside legal counsel who represent the City of Chicago in the Shakman case to "delay" and/or intentionally interfere with the administration of justice as it affects myself [Victor M. Crown] and the Lourdes Theodossis Estate as a separate entity by therefore directing over the phone -- Bank of America Legal Order Processing [legal] to stall, delay and obstruct compliance with federal court general orders by failing to comply with orders entered/docketed in this case after April 7, 2015 and by intentionally defying the federal court and the 2009 order entered by Chief Judge James Holderman [modernization] which removed the signature requirement for orders/judgments.

The others involved in obstructing justice would then include the City Council [City Council Finance Committee – which, through direct involvement of Alderman Ed Burke and the City of

Chicago Corporation Counsel [MGeorges/SPatton] has delayed and obstructed compliance with federal legal mandates], the City Clerk, the City Comptroller and the Chief Financial Officer [Lois Scott/Carole Brown] who, while this case was docketed have directly and indirectly tried to misclassify the Shakman case with 1425 victims as "frivolous" and to then mislead the Internal Revenue Service [IRS] into initiating improper collection actions against award recipients with levy's, liens and incorrect civil penalties. To further this scheme the city committed intentional violations of federal law by submitting an incorrect **Form 1099-MISC** to award recipients in 2008, then failing to correct the record after 5-26-2009 by finally having the City of Chicago filing demonstrably false reports with IRS [Forms 940, 941 and 945] from 2008 forward.

The City of Chicago has therefore, as part of a **municipal policy** and continuing "enterprise corruption" [criminal] directed intentional violation[s] of the Shakman Accord [2007] by failing to comply with its legal notice requirements on my own Shakman 2 claim of 5-12-2008.

THEREFORE, Defendant Victor M. Crown, the Independent Administrator of the Lourdes Theodossis Estate, respectfully requests entry [compliance] with this order which applies to 7th Circuit legal mandates in petitioners' favor on 9/20/11, 9/9/13 and 8/14/15 – which now allows a "waiver" on the signature requirement and legal basis for release of statutory payments.

This motion includes an agreed or general order [09-014] which was filed under 28 USC 1651 directing Bank of America [as trustee for the City of Chicago – Bond Issue of February, 2014] to process with electronic funds transfer [EFT] an amount totaling $552159 into the designated account of Victor M. Crown which includes: [a] $92359 for an IRS Form 941C filed with the City of Chicago City Clerk on 9/18/14; [b] $90333 in statutory interest under the procedural correction order filed by the 7th Circuit on 6/12/15; and [c] an "expert witness" fee of $369467 from a mandamus order filed by the 7th Circuit on 12/27/2011 [Docket No. 11-1546].

This motion includes an agreed/general order [09-014] directing the Social Security Administration [SSA] to immediately process all earnings corrections affecting the period from 1988 to 2006; and for the Internal Revenue Service [IRS] to process all corrections under 28 USC 1311-1314 affecting the 1988 to 2009 tax years for Form 1040x prior to 11/1/2015, with a "non-frivolous" designation or classification for Form 843 claims for refund/abatement – which would then permit removal of incorrectly imposed civil penalties.

This motion also includes an agreed or general order [09-014] directing the Internal Revenue Service [IRS – Fresno, California] to process all corrections as under 28 USC 1311-1314 affecting the 2010-2013 tax year which not includes and validates a "non-frivolous" designation or classification for Form 1040x returns from 2010-2014; and a "non-frivolous" designation or

classification for Form 843 claims for refund/abatement – which would then permit removal of incorrectly imposed civil penalties.

This motion, brought by Victor M. Crown and Lourdes Theodossis Estate, is therefore timely filed under 35 USC 281 [infringement of patent – damages], 35 USC 282 [infringement of patent – pleading and proof], 35 USC 284 [infringement of patent – damages] and 35 USC 288 [infringement of patent – when specification is too broad] and USPTO Customer Number #109200/#109529 which were assigned on 09/28/2012 by the United States Patent and Trademark Office [USPTO]. This filing is therefore timely since it complies with the 3-year deadline for enforcing patent rights which were then obtained by Victor M. Crown, Crown and Franklin Accounting, Inc. and the Lourdes Theodossis Estate.

This motion, also brought by Victor M. Crown, pro se, is timely filed and brought under FRCP 54 (c)(d)(1) which affirms that "costs- other than attorneys' fees" – should be allowed to the prevailing party, with the clerk [allowed] to tax costs on 14 days' notice [which would be legally valid since this motion is being filed prior to the 10-1-2015 deadline established by the entry of the judgment affecting an award of statutory interest filed in District Court on 9-17-2015 and entered on 9/18/2015 [at 9:43 AM]

The petitioner is therefore requesting mandatory judicial notice of 28 USC 1927 since the filing bar of 5/26/2009 is clearly being applied [enforced] against defendant[s] [City of Chicago, County of Cook, State of Illinois] by the District Court and the 7th Circuit Court of Appeals because of fraud [and constitutional violations] against petitioner [Victor M. Crown, Pro se} by licensed attorneys [who received money from the City of Chicago] and were involved in unethically changing the initiation date of my Shakman 2 claim from timely filed on 5/12/2008 to untimely filed on 11/4/2008, an illegal eviction by the Cook County Sheriff [a party to the Shakman Decree] on 7/16-17/2009 in direct violation of 3 federal protective orders obtained by petitioner, the process server who filed a fraudulent [Proof of Service/Return of Service] in the civil case seeking a permanent injunction on tax preparation on December 16, 2014 [Document #11 notated an incorrect [fraudulent/false] date of legal service on 10-6-2014].

Respectfully submitted,

Victor M. Crown
5962 N. Lincoln Avenue – LL3
Chicago, Illinois 60659-3711
(773) 691-5978

AFFIDAVIT

I, Victor M. Crown, the Independent Administrator of the Lourdes Theodossis Estate (open – 9/5/2014) and co-owner of Crown and Franklin Accounting, Inc., now affirm that I have the legal and statutory authority to submit this motion under FRCP, FRAP and Local Rules; and, as such, affirm the following:

(1) The statements in the Defendants' Motion entering judgment under FRCP Rule 54 (c)(d)(1) are true and correct to the best of my knowledge.

[2] The defendant (Victor M. Crown) therefore affirms the procedural requirements under rules of the Federal Rules of Civil Procedure and the Court of Federal Claims, with a zero balance [full payment of taxes] and a "right to sue" letter from IRS on statutory interest claim from IRS on 10-2-14

[3] The answers filed under Federal Rules of Appellate Procedure and Circuit Rule 11(b) are filed timely pursuant to an order entered by District Judge James Zagel.

[4] This motion to transfer and dismiss the civil case under FRCP Rule 54 (c)(d)[1] is timely filed within 14 business days after the plaintiffs' default at the 7th Circuit Court of Appeals on 9/14/2015; and 30 calendar days after the 7th Circuit mandate on 8/14/15; and backdated to 6/22/15 on 8/17/15.

Respectfully submitted,

Victor M. Crown

Independent Administrator
Lourdes Theodossis Estate

CERTIFICATE OF SERVICE

I, Victor M. Crown, the Independent Administrator of the Lourdes Theodossis Estate (open – 9/5/2014), herewith certify that I legally served this response to the civil complaint filed on 7/16/2014 under FRCP and FRAP and pursuant to the Standards of Professional Conduct for the Seventh Federal Judicial Circuit – I have fully complied with Rule 18, and have also notified, as under Federal Rules of Appellate Procedure [FRAP] Procedure 25 counsel representing the United States and District Judge James Zagel pursuant to orders entered on 3/4/15 and 3/25/15.

I, Victor M. Crown, herewith affirm that this Motion under FRCP 54 (c)(d)[1]] for entry of judgment is timely filed on **9/14/2015** and that legal service has been provided [electronically-FAX] to Bank of America legal order processing to permit EFT [electronic funds transfer] on **9/18/2015** before 11:00 AM.

SERVICE LIST:

US DISTRICT JUDGE JAMES ZAGEL
US DISTRICT JUDGE [Magistrate] JEFFREY GILBERT
US DEPARTMENT OF JUSTICE – ATTY. OLIVIA HUSSEY-SCOTT
BANK OF AMERICA – LEGAL ORDER PROCESSING
CITY OF CHICAGO – CORPORATION COUNSEL STEPHEN PATTON

4

## EXHIBITS

1. GENERAL ORDER 09-014 — 28 USC 1651/28 USC 1652 [mandamus] — order directing Bank of America (as trustee for City of Chicago) to transfer [EFT] $552159 by 9-18-2015. Filed 9-11-15]

2. GENERAL ORDER 09-014 — 28 USC 1651/28 USC 1652 [mandamus] — order directing Bank of America (as trustee for City of Chicago) to transfer [EFT] $354537 by 9-18-2015. [filed 8-21-15]

3. GENERAL ORDER 09-014 — 28 USC 1651/28 USC 1652 [mandamus] — order directing Internal Revenue Service [IRS] to process corrections under 26 USC 1311 by 9-18-2015. [filed 9-11-2015]

4. UNITED STATES DISTRICT COURT — Consent to exercise jurisdiction — filed 8-31-2015.

5. UNITED STATES DISTRICT COURT — Notification of docket entry — filed 8/13/2015.

6. 7th Circuit Court of Appeals — Notice of issuance of mandate — filed 8/14/2015.

7. 7th Circuit Court of Appeals — order filed on 8/14/2015 backdating dismissal to 6/22/2015

8. 7th Circuit Court of Appeals — Motion entering corrections under FRAP 10 — filed 6/12/2015

9. UNITED STATES DISTRICT COURT  Notification of docket entry — filed 5/26/2009 [legal sanction]

10. Department of Treasury/IRS — Account transcript [redacted] [2012] with zero balance on 4-6-15

11. Form 1040x — amended US Individual Tax Return [2012] — includes hourly rate re-set at $56.80/h

12. Department of Treasury/IRS — Account transcript [redacted] [2012] with zero balance on 5-4-15

13. Form 1040x — amended US Individual Tax Return [2013] — includes hourly rate re-set at $56.80/h

14. Form 1040 — US Individual Tax Return [2014] — includes hourly rate set at $56.80/h

15. Illinois Department of Revenue - Form IL-1040 [2014] — includes hourly rate set at $56.80/h

16. Department of Treasury/IRS – CP24 letter from 8/31/2015 – notating adjusted refund [$24898]

17. Department of Treasury/IRS - 5071C letter from 9/8/2015 – 2014 identity verification notice

18. Department of Treasury/IRS – 941C correction [2008, 2009, 2011] filed 9/18/2015 –City Clerk

19. United States District Court – BILL OF COSTS – Case Number 1:69-CV-2145- filed 9/3/08 [$27486]

20. United States District Court – BILL OF COSTS – Case Number 1:69-CV-2145- filed 9/3/08 [$14950]

21. United States Patent and Trademark Office [USPTO] – Notice of customer number assignment [#109529] which validates compliance with 28 USC 1928 on 9/28/2012.

22. Letter to Internal Revenue Service [Cincinnati, OH] by petitioner under 26 USC 1311-1314 [corrections], 26 USC 7214[a][unlawful acts] and 26 CFR 301.7433-1[a] [civil cause of action for certain unauthorized collection actions] in response to CP49 [penalty notice] of 8/31/2015.

23. Letter from law office of Shakman Monitor Atty. Noelle Brennan [signed by Atty. Beth Davis] dated 5/4/2009 which *falsely* stated that I filed a Shakman Accord complaint on 11/4/2008.

24. Complaint filed with City of Chicago Commission on Human Relations [stamped on 5/12/2008] which *correctly reported* that I filed a discrimination complaint on 5/12/2008.

Note: the 7th Circuit Court of Appeals [Docket No. 15-1734] backdated the mandate to 6/22/2015 which was 10 days after it entered a correction affirming post-judgment statutory interest [on 6/12/2015] for the petitioner [Victor M. Crown, pro se] from the period of 5-26-2009 forward. The order entered on 5-26-2009 imposed a "filing bar" and legal sanction affecting defendant[s] [City of Chicago, County of Cook, State of Illinois] which affects fraud committed against the "prevailing party" petitioner [Victor M. Crown] and a timely filed Shakman 2 claim on 5-12-2008.

Note: the false letter by the federal monitor with jurisdiction in the Shakman case was/is therefore a direct violation of 28 USC 1927 as well as rules governing the Shakman Decree.

## GENERAL ORDER 09-014 – BY DISTRICT COURT EXECUTIVE COMMITTEE

This order specifically applies to the Notice of Patent Claim filed on 4/7/2015 by defendant [Victor M. Crown, pro se] and applies to an Executive Committee order entered 5/3/2007 which provides authorization for an extraordinary Writ of Mandamus under 28 USC 1651 and 28 USC 1652.

The modernization order entered by Chief Judge James Holderman on 6/5/2009 affirms that the filing and entry of this General Order [09-014] provides the legal basis and authority for legal compliance by the affected parties, including Bank of America Legal Order Processing.

The "prevailing party" [Victor M. Crown, Pro se] was asked by Bank of America Legal Order Processing on 9/4/2015 to therefore request the original signature of the magistrate judge {Hon. Judge Gilbert] to release statutory payments after 6/22/2015 that were affirmed in the 7th Circuit legal mandate of 8/14/2015 [City of Chicago legal default on 9/4/2015]. The request for an original signature is therefore *timely filed* within 14 calendar days of the defendants' legal default.

## VI. ENTRY OF COURT ORDERS

[A][1] – All orders, decrees, judgments and proceedings of the court will be filed in accordance with this General Order and will constitute entry on the docket kept by the Clerk of the Court under Fed. R. Civ. P. 58 and 79 and Fed. R. Crim. P. 49 and 55. All signed orders will be filed electronically by the court or court personnel. Any order filed electronically by the court or court personnel without the original signature of a judge [or, where applicable, the Clerk of the Court] has the same force and effect as if the judge or the Clerk of the Court had affixed the judge's or Clerk of the Court's signature to a paper copy of the order and it had been entered on the docket in the manner otherwise provided.

[2] – The Clerk of the Court may establish additional procedures for filing, creating and storing electronic versions of orders, decrees and judgments.

[a] – 28 USC 1651 – [WRIT OF MANDAMUS – PEREMPTORY] ordering BANK OF AMERICA [as trustee for the City of Chicago – Bond Issue of February, 2014] to

process on or before **NOON on SEPTEMBER 9, 2015** through electronic funds transfer [EFT] into the designated account of Victor M. Crown an amount totaling $552159 which includes [a - $92359 for IRS Form 941C filed on 9/18/2014 with the City of Chicago City Clerk; b - $90333 in statutory interest pursuant to an a procedural order entered by the 7th Circuit Court of Appeals in Docket No. 15-1734 on 6/12/2015; and c - an "expert witness" fee of $369467 from a mandamus order entered by the 7th Circuit in Docket No. 11-1546 on 12/27/2011].

[b] - 28 USC 1651 - [WRIT OF MANDAMUS - PEREMPTORY] ordering BANK OF AMERICA [as trustee for the City of Chicago - Bond Issue of February, 2014] to process on or before **NOON on SEPTEMBER 4, 2015** through electronic funds transfer [EFT] into the designated account of Victor M. Crown an amount totaling $24200 in rental payments [credits] designated for LPGP Management for the period of July, 2014 to December 2015 - which applies to Crown-Franklin Accounting, Inc. and Victor M. Crown, Pro Se.

ROUTING # xxxxxxxxxxxxxx

ACCOUNT # xxxxxxxxxxxxxx

## XI. NOTICE OF COURT ORDERS AND JUDGMENTS

[A] Immediately upon the entry of an order or judgment in a case assigned to ECF, the Clerk of the Court will transmit to E-Filers in the case, in electronic form, a Notice of Electronic Filing. Electronic transmission the Notice of Electronic Filing constitutes notice required by Fed. R. civ. P. 77[d] and Fed. R. Crim. P. 49[e]. The Clerk of the Court must give notice in paper form to a person who is not an E-Filer or represented by an E-filer in accordance with Federal Rules of Civil Procedure [FRCP], Federal Rules of Criminal Procedure, and local rules of this court.

## GENERAL ORDER 09-014 – BY DISTRICT COURT EXECUTIVE COMMITTEE

This order specifically applies to the Notice of Patent Claim filed on 4/7/2015 by defendant [Victor M. Crown, pro se] and applies to an Executive Committee order entered 5/3/2007 which provides authorization for an extraordinary Writ of Mandamus under 28 USC 1651 and 28 USC 1652.

The modernization order removing the signature requirement entered by Chief Judge James Holderman on 6/5/2009 therefore affirms that the filing and entry of this General Order [09-014] provides the legal basis and authority for mandatory legal compliance by affected parties, including the Internal Revenue Service [IRS]

This general order is therefore also brought under 26 USC 7430 and 26 USC 7433.

### VI. ENTRY OF COURT ORDERS

[A][1] – All orders, decrees, judgments and proceedings of the court will be filed in accordance with this General Order and will constitute entry on the docket kept by the Clerk of the Court under Fed. R. Civ. P. 58 and 79 and Fed. R. Crim. P. 49 and 55. All signed orders will be filed electronically by the court or court personnel. Any order filed electronically by the court or court personnel without the original signature of a judge [or, where applicable, the Clerk of the Court] has the same force and effect as if the judge or the Clerk of the Court had affixed the judge's or Clerk of the Court's signature to a paper copy of the order and it had been entered on the docket in the manner otherwise provided.

[2] – The Clerk of the Court may establish additional procedures for filing, creating and storing electronic versions of orders, decrees and judgments.

[a] WRIT OF MANDAMUS [PEREMPTORY] – ordering IRS [Fresno, California] to process, on or before 9-18-2015 – Form 843 abatement of civil penalty [2010] which was sent by certified mail on 9-8-2015 [USPS #70142870000033830510].

This is based upon legal mandates of the 7th Circuit CA on 9/20/11 and 8/14/15 which affirms the "prevailing party" position of Victor M. Crown on Shakman2 and the legal right of petitioner to post-judgment statutory interest from 5/26/09.

[b] WRIT OF MANDAMUS [PEREMPTORY] – ordering IRS [Fresno, California] to process, on or before 9-18-2015 – Form 843 abatement of civil penalty [2011] which was sent by certified mail on 9-8-2015 [USPS #70142870000033830503]

This is based upon legal mandates of the 7th Circuit CA on 9/20/11 and 8/14/15 which affirms the "prevailing party" position of Victor M. Crown on Shakman2 and the legal right of petitioner to post-judgment statutory interest from 5/26/09.

[c] WRIT OF MANDAMUS [PEREMPTORY] – ordering IRS [Fresno, California] to process, on or before 9-18-2015 – Form 843 abatement of civil penalty [2013] which was sent by certified mail on 9-8-2015 [USPS #70142870000033830534].

This is based upon legal mandates of the 7th Circuit CA on 9/20/11 and 8/14/15 which affirms the "prevailing party" position of Victor M. Crown on Shakman2 and the legal right of petitioner to post-judgment statutory interest from 5/26/09.

[d] WRIT OF MANDAMUS [PEREMPTORY] – ordering IRS [Fresno, California] to process, on or before 9-18-2015 – Form 843 abatement of civil penalty [2013] which was sent by certified mail on 9-8-2015 [USPS #70142870000033830480]

This is based upon legal mandates of the 7th Circuit CA on 9/20/11 and 8/14/15 which affirms the "prevailing party" position of Victor M. Crown on Shakman2 and the legal right of petitioner to post-judgment statutory interest from 5/26/09.

[e] WRIT OF MANDAMUS [PEREMPTORY] – ordering IRS [Fresno, California] to process, on or before 9-22-2015 – Form 843 abatement of civil penalty [2013] which was sent by certified mail on 9-8-2015 [USPS #701428700000338301473]

This is based upon legal mandates of the 7th Circuit CA on 9/20/11 and 8/14/15 which affirms the "prevailing party" position of Victor M. Crown on Shakman2 and the legal right of petitioner to post-judgment statutory interest from 5/26/09. This claim affects removal of improper penalties for "failure to file" from 2013.

[f] WRIT OF MANDAMUS [PEREMPTORY] – ordering IRS [Fresno, California] to process, on or before 9-18-2015 – Form 843 abatement of civil penalty [2013] which was sent by certified mail on 9-8-2015 [USPS #701428700000338301473]

This is based upon legal mandates of the 7th Circuit CA on 9/20/11 and 8/14/15 which affirms the "prevailing party" position of Victor M. Crown on Shakman2 and the legal right of petitioner to post-judgment statutory interest from 5/26/09. This claim affects removal of improper penalties for "failure to pay" from 2013.

[f] WRIT OF MANDAMUS [PEREMPTORY] – ordering IRS [Cincinnati, OH] to process, on or before 9-11-2015 – the removal of civil penalties for 2010, 2011 and 2013 pursuant to 26 USC 7214[a] and 26 CFR 301.7433-1 (a) which was sent by certified mail on 9-8-2015 [USPS #70142870000033830527]

This is based upon legal mandates of the 7th Circuit CA on 9/20/11 and 8/14/15 which affirms the "prevailing party" position of Victor M. Crown on Shakman2

XI. NOTICE OF COURT ORDERS AND JUDGMENTS

[A] Immediately upon the entry of an order or judgment in a case assigned to ECF, the Clerk of the Court will transmit to E-Filers in the case, in electronic form, a Notice of Electronic Filing. Electronic transmission the Notice of Electronic Filing constitutes notice required by Fed. R. Civ. P. 77[d] and Fed. R. Crim. P. 49[e]. The Clerk of the Court must give notice in paper form to a person who is not an E-Filer or represented by an E-filer in accordance with Federal Rules of Civil Procedure [FRCP], Federal Rules of Criminal Procedure, and local rules of this court.

# GENERAL ORDER 09-014 – DISTRICT COURT EXECUTIVE COMMITTEE

This order specifically applies to the Notice of Patent claim filed on 3/23/2015 and 4/7/2015 by patent-holder [Victor M. Crown] and covers an Executive Committee order entered on 5/3/2007 providing legal authorization for a Writ of Mandamus under 28 USC 1651/1652.

The petitioner/plaintiff [Victor Crown and LTheodossis Estate] has LEGAL STANDING to file and now request enforcement of this general order due to DEFAULT by the CITY OF CHICAGO on the timely filed SHAKMAN 2 claim that was submitted on 5/12/2008 by Victor M. Crown.

## VI. ENTRY OF COURT ORDERS

[A][1] – All orders, decrees, judgments and proceedings of the court will be filed in accordance with this General Order and will constitute entry on the docket kept by the Clerk of the Court under Fed. R. Civ. P. 58 and 79 and Fed. R. Crim. P. 49 and 55. All signed orders will be filed electronically by the court or court personnel. Any order filed electronically by the court or court personnel without the original signature of a judge [or, where applicable, the Clerk of the Court] has the same force and effect as if the judge or the Clerk of the Court had affixed the Judge's or Clerk of the Court's signature to a paper copy of the order and it had been entered on the docket in the manner otherwise provided.

[2] – The Clerk of the Court may establish additional procedures for filing, creating and storing electronic versions of orders, decrees and judgments.

Case No. 1:14-CV-05402 - General Order 09-014 – Document #52 [filed 6/22/2015] – includes mandamus order directing the Social Security

Administration [SSA] to apply the maximum wage base limitation for petitioner affecting a $3.1 million financial judgment [default] filed by the Clerk of the 7th Circuit Court of Appeals on 9-20-2011; and earnings credit of $1.15 million for petitioner [patent-holder] Victor M. Crown for 1991-2006 and related IRS corrections under 26 USC 1311 for the entire period 1988-2006.

Note: [a] the mandamus order under 28 USC 1651/1652 being enforced by the designated magistrate judge ████████ would direct the federal agencies [Internal Revenue Service, Social Security Administration] to process the corrections under the applicable federal law/rule: [1] 26 USC 1311-1314 affecting the Internal Revenue Service, and; [2] SSA Program Operations Manual System. [Social Security Ruling 83-7][RS 01140.140 – allocating back pay][RS 01402.410 – court award/judgment – 2010][RS 01405.001 – earnings record correction – 2012]

Note: [b] the mandamus order under 28 USC 1651/1652 being enforced by the designated magistrate judge ████████ would direct the **Bank of America** [as trustee for the City of Chicago – bond issue of February, 2014] to process, on or before September 4, 2015 electronic funds transfer of $354537 in credits [federal withholding, FICA/Medicare] in accord with the 9/20/2011 financial judgment and the city's default on the 6-12-15 ruling on statutory interest.

Note: [c][1] the mandamus order under 28 USC 1651/1652 being enforced by the designated magistrate judge ████████ would direct State of Illinois Department of Revenue [IDOR] to timely process a US Form 4852 and/or applicable Form IL-4852 with the correct withholding amounts for the period of 1991 to 2015.

Note: [c][2] the mandamus order under 28 USC 1651/1652 being enforced by the designated magistrate judge ████████ would direct State of Illinois Office of

Comptroller to then timely process (prior to 9/3/2015) a hardship petition (warrant) [ROWN-4842-103014] applied to statutory back pay [Illinois Secretary of State – Special Government Agent Position] for the period of 2003 to 2011 covering a "post-trial review" of a criminal case [1:99-CR-0047 NDIL] and certification of Rule 404B evidence by State Comptroller Judy Baar Topinka on 7/26/2013.

The Attorney General [Lisa Madigan] and any legal counsel from the Office of Illinois Attorney General is therefore legally precluded from any involvement [direct or indirect] on this issue due to a "conflict of interest" involving one of the testifying witnesses [House Speaker Mike Madigan] and the legal mandate affirmed by the 7th Circuit Court of Appeals on 8/14/2015 [Docket No 15-1734] and legal order on 8/22/2015 backdating the petitioners' mandate to 6/22/2015.

Note: [d] the mandamus order under 28 USC 1651/1652 being enforced by the designated magistrate judge ▓▓▓▓ would direct the Social Security Administration to timely process earnings corrections affecting petitioner/plaintiff [Victor M. Crown] for the 1991-2014 period.

The 7th Circuit Court of Appeals affirmed the legal right of the petitioner/plaintiff [Victor M. Crown] to post-judgment statutory interest from the period of 5/26/2009 forward in a correction that was filed 6/12/2015 and defaulted by plaintiff [USA] on 8/14/2015.

The legal doctrine of Res Judicata/Collateral Estoppel applies to the legal/financial mandate in the Shakman 2 employment discrimination case [closed][filed on 9/20/2011] and the related BILL OF COSTS legally served upon City of Chicago on 9-30-2013. It also applies to the legal sanction entered on 5/26/2009 by District

Court (Judge Andersen) after defendant (City of Chicago) improperly and unethically (rigged) the filing date of the claim by changing it from timely filed on 5-12-2008 to untimely filed on 11-4-2008 [General Election Day] and after the related defendant [County of Cook] directly violated filed protective orders [7-10-2008, 7-31-2008, 4-3-2009] with an illegal eviction on 7/16-17/2009 by the Cook County Sheriff.

XI. Notice of Court Orders and Judgments

[A] immediately upon the entry of an order or judgment in a case assigned to ECF, the Clerk of the Court will transmit to E-Filers in the case, in electronic form, a Notice of Electronic Filing. Electronic transmission of the Notice of Electronic Filing constitutes the notice required by Fed. R. Civ. P. 77[d] and Fed R. Crim. P. 49[e]. The Clerk of the Court must give notice in paper form to a person who is not an E-Filer or represented by an E-Filer in accordance with Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, and local rules of this court.



F I L E D
8 - 3 1 - 15

AUG 3 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

Case Title                                          Case Number
UNITED STATES OF AMERICA

Assigned Judge    Hon James Zagel

EUGENE M. BROWN, ET AL

Designated
Magistrate Judge    Hon Denlow Cohen

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

8-31-2015
Date

Signature

Violet M. Brown
Name of Party or Parties

8-31-2015
Date

Signature

E. Frances of Accounting
Name of Party or Parties

Signature

Name of Party or Parties

Signature

Name of Party or Parties

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1
### Eastern Division

United States America

Plaintiff.

v                                                      Case No.: 1:14-cv-05402
                                                       Honorable James B. Zagel

Victor M. Crown

Defendant

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2015:

MINUTE entry before the Honorable James B. Zagel: Motion hearing held. For the reasons stated on the record, all of Defendant's pending motions [55], [56], [61], [62] and [64] are denied. Status hearing set for 12/15/15 at 9:15 a.m. will stand. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 14, 2015

To:     Thomas G. Bruton
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago , IL 60604-0000

| | UNITED STATES OF AMERICA, Plaintiff - Appellee |
|---|---|
| No. 15-1734 | v. |
| | VICTOR M. CROWN, JR., Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:14-cv-05402
Northern District of Illinois, Eastern Division
District Judge James B. Zagel

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:          No record to be returned

NOTE TO COUNSEL:
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are

to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:                                    Received by:

9/14/15                                 District Court

form name: c7_Mandate(form ID: 135)

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

June 22, 2015

CERTIFIED COPY

A True Copy
Teste

Clerk of the United States
Court of Appeals for the
Seventh Circuit

*Before*

**William J. Bauer,** *Circuit Judge*
**Daniel A. Manion,** *Circuit Judge*
**Michael S. Kanne,** *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff-Appellee, <br><br> No. 15-1734     v. <br><br> VICTOR M. CROWN, JR., <br> Defendant-Appellant. | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 1:14-cv-05402 <br> ] <br> ] James B. Zagel, Judge. |

## O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction because the order appealed from is not a final appealable judgment within the meaning of 28 U.S.C. § 1291.

The district court denied defendant's motions to dismiss and to quash service on March 4, 2015. Then, on March 25, 2015, the district court denied still more motions to dismiss that defendant filed and ordered defendant to answer plaintiff's complaint. It is clear, therefore, that the case continues in the district court, making this appeal premature.

RECEIVED

JUN 1 2 2015 SK

GINO J. AGNELLO
CLERK

Docket No. 15-1734

UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | Appeal from the United |
|     Plaintiff-Appellee | States District Court for |
| No. 15-1734    V. | the Northern District of |
| | Illinois, Eastern Division |
| Victor M. Crown, Jr. | No. 1:14-CV-05402 |
|     Defendant-Appellant | FRAP 10(e)(2)(C)(3) |
| | Rule 5 – operating procedures |

MOTION ENTERING CORRECTION UNDER FRAP 10(E)(2)(C)(3)

Now comes the Appellant, Victor M. Crown [pro se], under FRAP 10(e)(2)(C)(3), as provided under the Practitioner's Handbook for Appeals, affirming the following:

This correction and modification of the record is filed under FRAP 10 to correct an omission or misstatement of the record and to supplement the record under FRAP 11[b].

On May 6, 2015, I filed a motion [Document #43] at District Court requesting transfer of the unrelated tax refund case and my own claim for statutory interest and overpayments affecting my 2005-2007 individual tax returns. This occurred after I received a 'right to sue" letter from IRS Appeals [Chicago] on a statutory interest claim on 3-4-2015, and also after receiving "right to sue" letters for 2008 and 2009 on withholding credits and statutory post-judgment interest of $90333 against the City of Chicago (under 28 USC 1961) and the financial mandate in the now closed Shakman 2 case. The 2005-2007 tax years were re-opened per 26 USC 1311-1314.

The Appellant has timely filed legal motions affecting statutory interest under IRS rules and a BILL OF COSTS on a closed case which was legally moved upon defendant [City of Chicago]. This motion is under 28 USC 1961 and affects adversary judgment interest from 5/26/2009

... my ... Clerk was entered and stated to ... Motions ... Court of Federal Claims were denied by the District Court

... on 4, 2015 ... District Judge James Zagel advised me that he would enter an order denying my motions to dismiss on the tax preparation injunction and that his court did not have proper legal jurisdiction over ur-related tax refund suits or matters affecting my parents' estate. He stated the injunction and civil case on tax preparation was narrowly focused and that he would enter (or file) an order on case transfer under the jurisdiction of the 7th Circuit.

The docket entry of May 20, 2015 by the District Court Clerk therefore may have, by error or accident been omitted or misstated from docket entry by 7th Circuit Court of Appeals (filed) on June 10, 2015 and which stated that there were no orders issued on either May 20, 2015 or June 4, 2015. [Please see attached exhibit—a copy of the 5/20/2015 entry]. The pro se Appellant (Victor M. Crown) is therefore asking the 7th Circuit to now take, as provided under FRAP 10 (e)(2)(C) legal notice of the May 20, 2015 docket entry by District Court Clerk.

The appellant, as the plaintiff on this appeal is under a legal obligation to bring certain matters to the attention of the court in a timely manner under Circuit Rule 30 and is therefore asking the 7th Circuit to enter orders asking the District Clerk to now forward under FRAP 11[b] Motions to Transfer to Court of Federal Claims [43][44] denied by Judge Zagel without a reason

Proper legal service of this correction will be provided to Bank of America legal order processing by FAX with legal compliance on electronic funds transfer [EFT] set for June 16, 2015 at 12:59 AM and applied to legal post-judgment statutory interest of $90933 under 28 USC 163.

Respectfully submitted,

_[signature]_

Victor M. Crown, Pro Se
5083 N. Lincoln Avenue – LL1
Chicago, Illinois 60659-3711
773/ 891-5978 (cell); (773) 506 1040 (off. cel.

AFFIDAVIT

I, Victor M. Crown, the Independent Administrator of the Lourdes Theodossis Estate [open – 9/5/2014] and the Frank Theodossis Estate [closed], now affirm that I have the legal and statutory authority to submit this motion under Federal Rules of Appellate Procedure, and, as such, affirm the following:

[1] The statements in the Appellants Motion Requesting Procedural Order under FRAP 10(E) are true and correct to the best of my knowledge.

[2] The procedural motion was/is timely filed within ten days of an order entered [filed] by the 7th Circuit Court of Appeals on 6/10/2015 affecting or applied to a legal filing at district court on 5/20/11 that affects denial of a Motion to Transfer to Court of Federal Claims filed on 5/6/2015 [Document #43].

[3] The supporting exhibits should be then construed as a timely filed legal response [correction] to the earlier order denying appellants' Motions to Transfer to the Court of Federal Claims on 5/20/2015.

[4] This motion is covered FRAP 10(e) and should be construed as a legal response by the appellant to the order filed by the 7th Circuit Court of Appeals on 6/10/2015.

[5] The defendants [City of Chicago, County of Cook] are liable for post-judgment interest from 5/26/09 forward under 28 USC 1961[a][b][c](3) under a legal sanction [filing bar] by US District Judge Wayne Andersen that was filed since the date of my timely filed Shakman 2 claim from 5/12/2008, was improperly altered [rigged] in direct and intentional violation of the 2007 Shakman consent decree.

Respectfully submitted,

Victor M. Crown
Independent Administrator
Lourdes Theodossis Estate

CERTIFICATE OF SERVICE

I, Victor M. Crown, the Independent Administrator of the Lourdes Theodossis Estate [open – 9/5/2014], herewith certify that I legally served this response to the civil complaint filed on 7/16/2014 under FRCP and FRAP and pursuant to the Standards of Professional Conduct for the Seventh Federal Judicial Circuit – I have fully complied with Rule 18, and have also notified, as under Federal Rules of Appellate Procedure [FRAP] Procedure 25 counsel representing the United States and District Judge James Zagel pursuant to orders entered on 5/20/15.

I, Victor M. Crown, herewith affirm that this motion was/is timely filed within 10 days of the order entered on the procedural motion under FRAP 26, FRAP 27 by the 7th Circuit Court of Appeals on 6/10.

SERVICE LIST:

US DISTRICT JUDGE JAMES ZAGEL
US DEPARTMENT OF JUSTICE – ATTY [illegible] HUSSEY-GCC
US DEPARTMENT OF JUSTICE – ATTY ROBERT BRANMAN
BANK OF AMERICA – LEGAL ORDER PROCESSING [statutory interest per 28 USC 1631]

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Michael L. Shakman, et al.

Plaintiff.

v.

Case No.: 1:69–cv–02145
Hon. Wayne R. Andersen

Democratic Organization of Cook County, The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2009:

MINUTE entry before the Honorable Wayne R. Andersen:Mr. Crown's motion for writ of mandamus [1191] is denied. Defendant is barred from filing paperwork in this case.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 04-06-2015
Response Date: 04-06-2015
Tracking Number: 100034993753

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER: ▇▇▇▇▇▇▇

VICTOR M CROWN
5962 NORTH LINCOLN AVE LL2
CHICAGO, IL 60659-3711-994

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Apr. 06, 2015
ACCRUED PENALTY:          0.00          AS OF: Apr. 06, 2015

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS               01
FILING STATUS:           Single
ADJUSTED GROSS
  INCOME:                91,503.00
TAXABLE INCOME           34,928.00
TAX PER RETURN:          5,611.00
SE TAXABLE INCOME
  TAXPAYER:              0.00
SE TAXABLE INCOME
  SPOUSE                 0.00
TOTAL SELF
  EMPLOYMENT TAX:        0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Dec. 31, 2014
PROCESSING DATE                                                 Mar. 16, 2015

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 89221-361-02107-4 | 20150805 | 03-16-2015 | $5,984.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2013 | -$11,739.00 |
| 460 | Extension of time to file ext. Date 10-15-2013 | | 04-15-2013 | $0.00 |
| 670 | Payment | | 04-15-2013 | -$850.00 |
| 570 | Additional account action pending | 05-11-2015 | | $0.00 |
| 971 | Notice issued | | 05-11-2015 | $0.00 |
| 290 | Additional tax assessed 11254-476-05256-5 | 20152208 | 05-11-2015 | $0.00 |
| 706 | Credit transferred in 1040 201112 | | 04-15-2013 | -$33.00 |

Tracking Number: 100261349633

| | | | |
|---|---|---|---|
| 422 | Review of unreported income | 39-15-2015 | 70.00 |
| 290 | Additional tax assessed 45259-508-07307-5 | 27151503 05-04-2015 | 40.00 |

This Product Contains Sensitive Taxpayer Data

# 1040X

Rev. December 2012

## Amended U.S. Individual Income Tax Return

Department of the Treasury - Internal Revenue Service

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

This return is for calendar year ☐ 2013 ☐ 2012 ☐ 2011 ☐ 2010

Other year. Enter one calendar year 2012 or fiscal year (month and year ended): 12/2012

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Victor M. | Brown | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| 5962 N. Lincoln Avenue | LL2 | |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Chicago, Illinois 60659-3711

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You must check one box even if you are not changing your filing status.
Caution. In general, you cannot change your filing status from joint to separate returns after the due date.

☑ Single  ☐ Married filing jointly  ☐ Married filing separately
☐ Qualifying widow(er)  ☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

Use Part III on the back to explain any changes.

| Income and Deductions | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | 94246 | 51028 | 145274 |
| 2 | Itemized deductions or standard deduction | 2 | 52119 | 56868 | 108987 |
| 3 | Subtract line 2 from line 1 | 3 | 42127 | | 36287 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28 | 4 | 3800 | | 3800 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 38327 | | 32487 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions): 2012 tax tables - single | 6 | 5611 | 1175 | 4436 |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐ | 7 | 0 | | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 5611 | | 4436 |
| 9 | Other taxes | 9 | 0 | | 0 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 5611 | | 4436 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 11 | 10789 | · 18124 | 28913 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 | Earned income credit (EIC) | 13 | | | |
| 14 | Refundable credits from Schedule(s): ☐ 8812 or ☐ M or Form(s): ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 2016 or 20xx ☐ 8839 ☐ 8801 ☐ 8885 or ☐ other (specify): | 14 | | | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 15 | | | 850 |
| 16 | Total payments. Add lines 11 through 15 | 16 | | | 29763 |

**Refund or Amount You Owe** (Note. Allow 8–12 weeks to process Form 1040X.)

| | | | | |
|---|---|---|---|---|
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 17 | | 5824 |
| 18 | Subtract line 17 from line 16 (if less than zero, see instructions) | 18 | | 23939 |
| 19 | Amount you owe. If line 10, column C, is more than line 16, enter the difference | 19 | | 0 |
| 20 | If line 10, column C, is less than line 16, enter the difference. This is the amount overpaid on this return | 20 | | 18503 |
| 21 | Amount of line 20 you want refunded to you | 21 | | 18503 |
| 22 | Amount of line 20 you want applied to your (enter year): estimated tax | 22 | | |

For Paperwork Reduction Act Notice, see instructions.

Complete and sign this form on Page 2.

Cat. No. 11360L

Form **1040X** (Rev. 12-2012)

## Exemptions

See Form 1040 Form 1040A instructions and Form 1040 instructions

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself | 23 | | |
| 24 | Your dependent children who lived with you | 24 | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | |
| 26 | Other dependents | 26 | | |
| 27 | Total number of exemptions. Add lines 23 through 26 | 27 | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form | 28 | | |
| 29 | List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions. | | | |

| (a) First name    Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

## Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

► Attach any supporting documents and new or changed forms and schedules.

Line 1 [a][b][c] - Form 4852 substitute for w2, wage and tax statement - Bill of Costs default from 9/30/2013 - [31 U/SC 3729-3731]
Line 2 [a][b][c] - Schedule A itemized deductions - Form 4684 - casualty and theft under Rev. Proc. 2009-20
Line 6 - reduction in tax liability due to adjustments on Line 1, Line 2 - additional compensation offset by Rev. Proc. 2009-20
Line 11 - additional withholding credits and excess Social Security refund credit
Line 20, 21 - overpayment, refund after adjustments affecting Line 1, 2, 6, 11

This amended return filed after employer [City of Chicago] defaulted on withholding corrections and IRS waivers and a timely filed BILL OF COSTS filed in the Shakman case on 9/30/2013. The City failed to obtain a legal stay on an order by the 7th Circuit granting taxpayer statutory interest on Shakman 2 claim timely filed on 5/12/2008.

## Sign Here

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| | | |
|---|---|---|
| Your signature | Date | Your occupation |

### Paid Preparer Use Only

| | | |
|---|---|---|
| Preparer's signature | Date | |
| Victor M. Crown | | Crown-Franklin Accounting, Inc. - CAF #0308-98338R (#1014) |
| Preparer's SSN or PTIN | | Firm's name (or yours if self-employed) |
| P30263233 | | 5962 N. Lincoln Avenue - Chicago, Illinois 60659-1711 |
| | | Firm's address and ZIP code |
| EIN | Check if self-employed ☐ | (773) 506-7040 |  46-5333651 |
| | | Phone number |

**4852**

Rev. December 2009

Department of the Treasury
Internal Revenue Service

Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

► Attach to Form 1040, 1040A, 1040-EZ, or 1040X.

OMB No. 1545-0074

| 1 Name(s) shown on return | 2 Your social security number |
|---|---|
| Victor M. Crown | |

3 Address

5952 N. Lincoln Avenue - LL2 - Chicago, Illinois 60659-3711

4 Enter year in space provided and check one box. For the tax year ending December 31, __2012__

☐ I have been unable to obtain (or have received an incorrect ☐ Form W-2 OR ☐ Form 1099-R.

I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

| 5 Employer's or payer's name, address, and ZIP code | 6 Employer's or payer's identification number (if known) |
|---|---|
| City of Chicago - Department of Finance | |
| 33 N. LaSalle Street - Chicago, Illinois 60602 | 36-6005820 |

7 Form W-2. Enter wages, tips, other compensation, and taxes withheld.

| | | | | | |
|---|---|---|---|---|---|
| a | Wages, tips, and other compensation | 110100 | g | State income tax withheld | 5505 |
| b | Social security wages | 110100 | | (Name of state) Illinois | |
| c | Medicare wages and tips | 110100 | h | Local income tax withheld | |
| d | Advance EIC payment | | | (Name of locality) | |
| e | Social security tips | | i | Social security tax withheld | 4624 |
| f | Federal income tax withheld | 24289 | j | Medicare tax withheld | 1596 |

8 Form 1099-R. Enter distributions from pensions, annuities, retirement/profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | | |
|---|---|---|---|---|---|
| a | Gross distribution | | f | Federal income tax withheld | |
| b | Taxable amount | | g | State income tax withheld | |
| c | Taxable amount not determined | | h | Local income tax withheld | |
| d | Total distribution | | i | Employee contributions | |
| e | Capital gain (included in line 8b) | | j | Distribution codes | |

9 How did you determine the amounts on lines 7 and 8 above?

The amounts on Line 7[a][b][c] was taken pursuant to a default on a BILL OF COSTS by the City of Chicago as provided under federal law (31 USC 3729-3731 - false claims act) (affirmed in federal court on 7/20/2015). The amount on Line 7[g] is applied to the state tax rate [5%].

10 Explain your efforts to obtain Form W-2, Form 1099-R, or Form W-2c, Corrected Wage and Tax Statement.

I was unable to obtain a corrected w2 or w2c wage and tax statement from employer (City of Chicago-defendant) for 2012 in a timely manner and am exercising my legal rights under 26 USC 1311-1314. [filing status: single-- IRS waiver on Latino Express NLRB order [#10147 - 2/27/15

**Sign Here**

Under penalties of perjury, I declare that I have examined this statement, and to the best of my knowledge and belief it is true, correct, and complete.

Signature ► _Victor M. Crown_ Digitally signed by Victor M. Crown ...    Date ► 7-29-15

## General Instructions

Section references are to the Internal Revenue Code.

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R and is completed by taxpayers or their representatives when (a) their employer or payer does not give them a Form W-2 or Form 1099-R or (b) an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return, before any supporting forms or schedules.

You should always attempt to get your Form W-2, Form W-2c, or 1099-R from your employer or payer before contacting the IRS or filing Form 4852. If you do not receive the missing or corrected form from your employer or payer by February 14, you may call the IRS at 1-800-829-1040 for assistance. You must provide your name and address (including ZIP code), phone number, social security number, and dates of employment, and your employer's or payer's name, address (including ZIP code), and phone number. The IRS will contact the employer or payer for you and request the missing form. The IRS will send you a Form 4852. If you do not receive the missing form in sufficient time to file your income tax return, you may use the Form 4852 that the IRS sent you.

If you received an incorrect Form W-2 or Form 1099-R, you should always attempt to have your employer or payer issue a corrected form before filing Form 4852.

**Note.** Retain a copy of Form 4852 for your records. Check your Social Security Statement (received at least a full year after the date shown on line 4) against Form 4852. If the earnings you reported on Form 4852 are not shown in the statement, you should contact the Social Security Administration (SSA) at the telephone number shown on the statement. Alternatively, after September 30 following the date shown on line 4, you may contact your local SSA office to verify wages reported by your employer.

**Will I need to amend my return?** If you receive a Form W-2, Form W-2c, or Form 1099-R after your return is filed with Form 4852 and the information differs from the information reported on your return, you must amend your return by filing Form 1040X, Amended U.S. Individual Income Tax Return.

**Penalties.** The IRS will challenge the claims of individuals who attempt to avoid or evade their federal tax liability by using Form 4852 in a manner other than as prescribed. Potential penalties for the improper use of Form 4852 include:

For Paperwork Reduction Act Notice, see page 2.

Cat. No. 42058J    Form **4852** (Rev. 12-09)

**SCHEDULE A**
**(Form 1040)**

## Itemized Deductions

> ► Information about Schedule A and its separate instructions
> ► Attach to Form 1040

**12**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on Form 1040
Victor M. Crown

Your social security number

| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 |

| Taxes You Paid | 5 | State and local (check only one box): | | | |
|---|---|---|---|---|---|
| | | a ☑ Income taxes, or | | 5 | 5505 00 |
| | | b ☐ General sales taxes | | | |
| | 6 | Real estate taxes (see instructions) | 6 | | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ► | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 5505 00 |

| Interest You Paid | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | |
|---|---|---|---|---|---|
| Note. Your mortgage interest deduction may be limited (see instructions). | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no. and address ► | 11 | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | 0 00 |

| Gifts to Charity | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | | |
|---|---|---|---|---|---|
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 0 00 |

| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions) | | 20 | Line28 XX |

| Job Expenses and Certain Miscellaneous Deductions | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 21 | | |
|---|---|---|---|---|---|
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ► | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | |

| Other Miscellaneous Deductions | 28 | Other—from list in instructions. List type and amount ► Casualty/theft loss pursuant to IRS Rev. Proc. 2009-20 - BILL OF COSTS, location unknown federal case | | 28 | 15893 00 |

| Total Itemized Deductions | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | 29 | |
|---|---|---|---|---|---|
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 2012

# 4684

**Casualties and Thefts**

Internal Revenue Service
Name(s) shown on tax return

► Information about Form 4684 and its separate instructions is at www.irs.gov/form4684.
► Attach to your tax return.
► Use a separate Form 4684 for each casualty or theft.

12

Identifying number 26

Victor M. Crown

**SECTION A—Personal Use Property** (Use this section to report casualties and thefts of property not used in a trade, business or for income-producing purposes.)

1 Description of properties (show type, location, and date acquired for each property). Use a separate line for each property lost or damaged from the same casualty or theft.

Property A
Property B
Property C
Property D

| | | Properties | | |
|---|---|---|---|---|
| | | A | B | C | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 Cost or other basis of each property | 2 | | | | | |
| 3 Insurance or other reimbursement (whether or not you filed a claim) (see instructions) | 3 | | | | | |
| Note: If line 2 is more than line 3, skip line 4. | | | | | | |
| 4 Gain from casualty or theft. If line 3 is more than line 2 enter the difference here and skip lines 5 through 9 for that column. See instructions if line 3 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 4 | | | | | |
| 5 Fair market value before casualty or theft | 5 | | | | | |
| 6 Fair market value after casualty or theft | 6 | | | | | |
| 7 Subtract line 6 from line 5 | 7 | | | | | |
| 8 Enter the smaller of line 2 or line 7 | 8 | | | | | |
| 9 Subtract line 3 from line 8. If zero or less, enter -0- | 9 | | | | | |
| 10 Casualty or theft loss. Add the amounts on line 9 in columns A through D | | | | | 10 | |
| 11 Enter the smaller of line 10 or $100 | | | | | 11 | |
| 12 Subtract line 11 from line 10 | | | | | 12 | |
| Caution: Use only one Form 4684 for lines 13 through 18. | | | | | | |
| 13 Add the amounts on line 12 of all Forms 4684 | | | | | 13 | |
| 14 Add the amounts on line 4 of all Forms 4684 | | | | | 14 | |
| 15 • If line 14 is more than line 13, enter the difference here and on Schedule D. Do not complete the rest of this section (see instructions)<br>• If line 14 is less than line 13, enter -0- here and go to line 16.<br>• If line 14 is equal to line 13, enter -0- here. Do not complete the rest of this section | | | | | 15 | |
| 16 If line 14 is less than line 13, enter the difference | | | | | 16 | |
| 17 Enter 10% of your adjusted gross income from Form 1040, line 38, or Form 1040NR, line 37. Estates and trusts, see instructions | | | | | 17 | |
| 18 Subtract line 17 from line 16. If zero or less, enter -0-. Also enter the result on Schedule A (Form 1040), line 20, or Form 1040NR, Schedule A, line 6. Estates and trusts, enter the result on the "Other deductions" line of your tax return | | | | | 18 | |

For Paperwork Reduction Act Notice, see instructions.

Form **4684**

Form 4684 (2013)                                              Attachment Sequence No. 26                                              Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side.

Victor M. Crown

Identifying number

## SECTION B—Business and Income-Producing Property

### Casualty or Theft Gain or Loss (Use a separate Part for each casualty or theft.)

19  Description of properties (show type, location, and date acquired for each property. Use a separate line for each property lost or damaged from the same casualty or theft.)

Property A

Property B

Property C

Property D

| | Properties | | | |
|---|---|---|---|---|
| | A | B | C | D |
| 20  Cost or adjusted basis of each property | 20 | | | |
| 21  Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | |
| 22  Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 through 27 for that column. See the instructions for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | |
| 23  Fair market value before casualty or theft | 23 | | | |
| 24  Fair market value after casualty or theft | 24 | | | |
| 25  Subtract line 24 from line 23 | 25 | | | |
| 26  Enter the smaller of line 20 or line 25 | 26 | | | |
| Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | |
| 27  Subtract line 21 from line 26. If zero or less, enter -0- | 27 | | | |
| 28  Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions) | | | 28 | 108987  005 |

### Summary of Gains and Losses (from separate Parts)

| (a) Identify casualty or theft | (b) Losses from casualties or thefts | | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|
| | (i) Trade, business, rental or royalty property | (ii) Income-producing and employee property | |

#### Casualty or Theft of Property Held One Year or Less

| 29 | | | | |
|---|---|---|---|---|
| 30  Totals. Add the amounts on line 29 | 30 | | | |
| 31  Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14, if Form 4797 is not otherwise required, see instructions | | | | 31 |
| 32  Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 28, or Form 1040NR, Schedule A, line 14, and enter the amount from property used as an employee on Schedule A (Form 1040), line 23, or Form 1040NR, Schedule A, line 9. Estates and trusts, partnerships, and S corporations, see instructions | | | | 32 |

#### Casualty or Theft of Property Held More Than One Year

| 33  Casualty or theft gains from Form 4797, line 32 | | | 33 | |
|---|---|---|---|---|
| 34  7th Circuit mandate on BILL OF COSTS default | | 104595  00 | | |
|     Social Security Act - FICA withholding (excess withholding/credit) | | 4392  00 | | |
| 35  Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | 108987  00 | | |
| 36  Total gains. Add lines 33 and 34, column (c) | | | 36 | |
| 37  Add amounts on line 35, columns (b)(i) and (b)(ii) | | | 37 | 108987  (c) |
| 38  If the loss on line 37 is more than the gain on line 36: | | | | |
|     a  Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | | | 38a | 108987  00 |
|     b  Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 28, or Form 1040NR, Schedule A, line 14, and enter the amount from property used as an employee on Schedule A (Form 1040), line 23, or Form 1040NR, Schedule A, line 9. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Schedule K, Form 1065-B, Part II, line 11 | | | 38b | 108987  00 |
| 39  If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. Estates and trusts, partnerships, and S corporations, see the note below | | | 39 | |
|     Note: Partnerships, enter the amount from line 38a or line 39 on Form 1065, Schedule K, line 11. S corporations, enter the amount from line 38a or line 39 on Form 1120S, Schedule K, line 10. | | | | |

Form 4684 (2013)

Statement by Taxpayer Using the Procedures in Rev. Proc. 2009-20 to
Determine a Theft Loss Deduction Related to a Fraudulent Investment
Arrangement

Part I Identification

Name of Taxpayer _____ Thomas M. Cohen _____

1. Taxpayer Identification Number ████████████

Part II Computation of deduction

See Rev. Proc. 2009-20 for the definitions of the terms used in this worksheet.

| Line | Computation of Deductible Theft Loss Pursuant to Rev. Proc. 2009-20 | |
|---|---|---|
| 1 | Initial investment | |
| 2 | Plus: Subsequent investments | |
| 3 | Plus: Income reported in prior years | |
| 4 | Less: Withdrawals | |
| 5 | Total qualified investment (combine lines 1-4) | |
| 6 | Percentage of qualified investment | |
| | 95% of line 5 for investors with no potential third-party recovery; 75% of line 5 for investors with potential third-party recovery | |
| 7 | Actual recovery | |
| 8 | Potential insurance/SIPC recovery | |
| 9 | Total recoveries (add lines 7 and 8) | |
| 10 | Deductible theft loss (line 6 minus line 9) | |

Part III Required statements and declarations

In claiming a theft loss deduction pursuant to Rev. Proc. 2009-20 related to a
specified fraudulent arrangement conducted by the following lead figure(s) (if more
than one, include the name, address, and taxpayer identification number, if known,
for each lead figure) _____

_____

declare that ...

**Form 8948**

Preparer Explanation for Not Filing Electronically

OMB No. 1545-2200

(Rev. September 2012)

Department of the Treasury
Internal Revenue Service

▶ Attach to taxpayer's Form 1040, 1040A, 1040EZ, or Form 1041.
▶ Information about Form 8948 and its instructions is available at *www.irs.gov/form8948*.

Attachment
Sequence No. 173

Name(s) on tax return

Victor M. Crown

Taxpayer identification number

20___

Preparer's name

Victor M. Crown

Preparer's Tax Identification Number (PTIN)

P30783283

Three out of four taxpayers now use IRS e-file. Go to *www.irs.gov/efile* for details on using IRS e-file. The benefits of electronic filing include the following.

• Faster refunds
• More accurate returns

• Secure transmissions
• Easier filing method

• E-payment options
• Receipt acknowledged

Check the applicable box to indicate the reason this return is/not being filed electronically. Do not check more than one box.

1 ☐ Taxpayer chose to file this return on paper.

2 ☒ The preparer received a waiver from the requirement to electronically file the tax return.

Waiver Reference Number ____ W10143 ____ Approval Letter Date ____ 2/27/2014 ____

3 ☐ The preparer is a member of a recognized religious group that is conscientiously opposed to filing electronically.

4 ☐ This return was rejected by IRS e-file and the reject condition could not be resolved.

Reject code: _____ Number of attempts to resolve reject: _____

5 ☐ The preparer's e-file software package does not support Form _____ or Schedule _____ attached to this return.

6 Check the box that applies and provide additional information if requested.

a ☐ The preparer is ineligible to file electronically because IRS e-file does not accept foreign preparers without social security numbers who live and work abroad.

b ☐ The preparer is ineligible to participate in IRS e-file.

c ☒ Other. Describe below the circumstances that prevented the preparer from filing this return electronically.

Taxpayer (Victor M. Crown) received incorrect w2 affecting filing status (single) _____

_____

Taxpayer (Victor M. Crown) is filing this amended return pursuant to an granting statutory interest on the Shakman 2 _____

claim that was timely filed on 5/12/2008 ; from 5/26/2009 forward which was entered by the 7th Circuit on 8/12/2015 _____



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive T_____

Request Date: 11-27-2015
Response Date: 07-27-2015
Tracking Number: 100241544673

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER: ███████

VICTOR M CROWN
5962 NORTH LINCOLN AVE LL2
CHICAGO, IL 60659-3711-994

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:       0.00
ACCRUED INTEREST:      0.00          AS OF: May  04, 2015
ACCRUED PENALTY:       0.00          AS OF: May  04, 2015

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):     0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:            01
FILING STATUS:         Single
ADJUSTED GROSS
  INCOME:              59,343.00
TAXABLE INCOME:        49,343.00
TAX PER RETURN:        8,960.00
SE TAXABLE INCOME
  TAXPAYER:            0.00
SE TAXABLE INCOME
  SPOUSE:              0.00
TOTAL SELF
  EMPLOYMENT TAX:      0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Oct. 28, 2014
PROCESSING DATE                                                Dec. 15, 2014

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>89221-315-32303-4 | 20144809 | 12-15-2013 | $8,240.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2014 | -$19,596.00 |
| 460 | Extension of time to file<br>ext Date 10-15-2014 | | 04-15-2014 | $0.00 |
| 670 | Payment | | 04-15-2014 | -$150.00 |
| 672 | Removed payment | | 04-15-2014 | $150.00 |
| 820 | Credit transferred out<br>1040 201112 | | 04-15-2014 | $2,456.00 |
| 971 | Notice issued | | 12-15-2014 | $0.00 |
| | Amended return filed<br>89277-754-9359-4 | | 12-22-2014 | $0.00 |

Tracking Number: 100261344632

Notice Issued                                    January 2011

This Product Contains Sensitive Taxpayer Data

# 1040

## Amended U.S. Individual Income Tax Return

Income and Deductions

| | A. Original amount or as previously adjusted (see instructions) | B. Net change — amount of increase or (decrease) — explain in Part I | C. Correct amount |
|---|---|---|---|
| 1 Adjusted gross income. If net operating loss (NOL) carryback is included, check here | 52712 | -31623 | 3387 |
| 2 Itemized deductions or standard deduction | 55712 | 37988 | 14700 |
| 3 Subtract line 2 from line 1 | 3821 | | 325 |
| 4 Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 3800 | | 3800 |
| 5 Taxable income. Subtract line 4 from line 3 | | | |

Tax Liability

| | | | |
|---|---|---|---|
| 6 Tax. Enter method used to figure tax (see instructions) | | | |
| Tax tables - filing status - single | 6 | | |
| 7 Credits. If general business and/or certificate is required, check here | 7 | | |
| 8 Subtract line 7 from line 6. If the result is zero or less, enter | 8 | 0 | |
| 9 Other taxes | 9 | 0 | |
| 10 Total tax. Add lines 8 and 9 | 10 | | |

Payments

| | | | |
|---|---|---|---|
| 11 Federal income tax withheld and excess social security | 11 | 9999 | 9999 |
| 14 Earned income credit (EIC) | 14 | | |
| 15 Refundable credit from Schedule | 15 | | |

Refund or Amount You Owe

## Exemptions

| | | |
|---|---|---|
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |

## Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

Check here if you did not previously want $3 to go to the fund, but now do.

Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

**Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.

➤ Attach any supporting documents and new or changed forms and schedules.

# 4852

Substitute for Form W-2, Wage and Tax Statement, or Form
1099-R, Distributions From Pensions, Annuities, Retirement or
Profit-Sharing Plans, IRAs, Insurance Contracts, etc.
Attach to Form 1040, 1040A, 1040-EZ, or 1040X.

2 Your social security number

1 Name

3 Enter year in which you worked and check one box. For the year ending December 31,

4 Please fill in the year(s) for which you are receiving either a later or an incorrect ☐ Form W-2 OR ☐ Form 1099-R

5 Employer's or payer's name, address, and ZIP code

6 Employer's or payer's identification number (if known)

7 Form W-2. Enter wages, tips, other compensation, and taxes withheld.

| | | a | State income tax withheld | |
| a | Wages, tips, and other compensation | | | |
| b | Social security wages | | Name of state | |
| c | Medicare wages and tips | | c | Local income tax withheld |
| d | Advanced EIC payment | | | Name of locality |
| e | Social security tips | | | Social security tax withheld |
| | Federal income tax withheld | | | Medicare tax withheld |

8 Form 1099-R. Enter distributions from pensions, annuities, retirement/profit-sharing plans, IRAs, insurance contracts, etc.

| a | Gross distribution | | f | Federal income tax withheld | |
| b | Taxable amount | | g | State income tax withheld | |
| c | Taxable amount not determined | | h | Local income tax withheld | |
| d | Total distribution | | i | Employee contributions | |
| e | 10 tax paid (included in line 8a) | | j | Distribution codes | |

9 How did you determine the amounts on lines 7 and 8 above?

Sign
Here

# General Instructions

1985

SCHEDULE A
(Form 1040)

Itemized Deductions

| | | |
|---|---|---|
| Married | | |
| Giving | | |
| Taxes You Paid | 5 | State and local (check only one box): |
| | | a ☐ Income taxes, or |
| | | b ☐ General sales taxes |
| | 6 | Real estate taxes (see instructions) |
| | 7 | Personal property taxes |
| | 8 | Other taxes. List type and amount ► |
| | 9 | Add lines 5 through 8 |
| Interest You Paid | 10 | Home mortgage interest and points reported to you on Form 1098 |
| | 11 | Home mortgage interest not reported to you on Form 1098 |
| Note | 12 | Points not reported to you on Form 1098. See instructions for special rules |
| | 13 | Mortgage insurance premiums (see instructions) |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) |
| | 15 | Add lines 10 through 14 |
| Gifts to Charity | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 |
| | 18 | Carryover from prior year |
| | 19 | Add lines 16 through 18 |
| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) |
| Job Expenses and Certain Miscellaneous Deductions | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► |
| | 22 | Tax preparation fees |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ► |
| | 24 | Add lines 21 through 23 |
| | 25 | Enter amount from Form 1040, line 38 |
| | 26 | Multiply line 25 by 2% (.02) |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- |
| Other Miscellaneous Deductions | 28 | Other—from list in instructions. List type and amount ► |
| Total Itemized Deductions | | |

**4684**      Casualties and Thefts

## SECTION B – Business and Income-Producing Property

**Part I** Casualty or Theft Gain or Loss (Use a separate Part I for each property)

19 (description of properties) ...

Property A
Property B
Property C
Property D

|  |  | Properties | | | |
|---|---|---|---|---|---|
|  |  | A | B | C | |
| 20 | Cost or adjusted basis of each property | 20 | | | |
| 21 | Insurance or other reimbursement | 21 | | | |
| 22 | Gain from casualty or theft | 22 | | | |
| 23 | Fair market value before casualty or theft | 23 | | | |
| 24 | Fair market value after casualty or theft | 24 | | | |
| 25 | Subtract line 24 from line 23 | 25 | | | |
| 26 | Enter the smaller of line 20 or line 25 | 26 | | | |
| 27 | Subtract line 26 from line 26 | 27 | | | |
| 28 | Casualty or theft loss | 28 | | | |

**Part II** Summary of Gains and Losses (from separate Parts)

| | (b) Losses from casualties or thefts | | (c) Gains from casualties or thefts |
|---|---|---|---|
| (a) Identify casualty or theft | (i) Trade, business, rental or royalty property | (ii) Income-producing and employee property | |

### Casualty or Theft of Property Held One Year or Less

| 29 | | | | |
| 30 | | 30 | | |

### Casualty or Theft of Property Held More Than One Year

| 33 | | | | |
| 34 | | 34 | | |
| 36 | | | 36 | |
| 37 | | | 37 | |
| 38a | | | 38a | |
| 38b | | | 38b | |
| 39 | | | 39 | |

Certifying number

SECTION 2 — Theft Loss Deduction for Ponzi-Type Investment Scheme using the Procedures in Revenue
Procedure 2009-20. Complete this section if you follow the Procedures in Revenue Procedure 2009-20. See instructions.

**Part I**  Computation of Deduction

| | | |
|---|---|---|
| 39 | Initial investment | 39 | 1,000. | 00 |
| 40 | Subsequent investments see instructions | 40 | | 0. | 00 |
| 41 | Total income reported in tax years prior to the discovery year. See instructions | 42 | 0. | 00 |
| 42 | Add lines 39, 40 and 41 | 43 | (764). | 00 |
| 43 | Withdrawals for all years. See instructions | 44 | 0. | 00 |
| 44 | Subtract line 43 from line 42. This is your total qualified investment | 45 | (236). | 00 |
| 45 | Enter 95% (.95) if you have no potential third party recovery. Enter 75% (.75) if you have potential third-party recovery. | 46 | | .95 |
| 46 | Multiply line 45 by line 42 | 47 | | .240 | 12 |
| 47 | Actual or potential recoveries... | 48 | 0. | 00 |
| 48 | | 49 | | .00 |
| 49 | | 50 | | 0. | 00 |
| 50 | Subtract line 50 from line 47. This is your deductible theft loss. Include this amount on line 28. Do not complete lines 19-27 for this loss. Then complete Section B, Part II | 51 | | .960 | 1 |

**Part II**  Required Statements and Declarations (See instructions.

I am claiming a theft loss deduction pursuant to Revenue Procedure 2009-20 from a specified fraudulent arrangement conducted by the following individual or entity.

Name of individual or entity

Taxpayer identification number (if known)

Address

◆ I have written documentation to support the amounts reported in Part I of this Section C

1 Identify the lead figure (as defined in section 4.03 of Revenue Procedure 2009-20)

2 I have determined the amount of my theft loss deduction using 95 on line 45 above. I declare that I have not pursued and do not intend to pursue any potential third-party recovery, as that term is defined in section 4.10 of Revenue Procedure 2009-20.

3 Agree to comply with the conditions and agreements set forth in Revenue Procedure 2009-20 and this Section C.

4 I have actually filed a return or amended return that does not satisfy the conditions in section 6.02 of Revenue Procedure 2009-20. Agree to all requirements or actions that are necessary to comply with those conditions. The tax years for which I filed the return(s) or amended return(s) and the date(s) on which they were filed are as follows.

[illegible lines]

# 8948

## Preparer Explanation for Not Filing Electronically

OMB No. 1545-2200

Attach to taxpayer's return.
Information about Form 8948 and its instructions is available at www.irs.gov/form8948.

September 2012

Taxpayer's name | No. your taxes | Taxpayer's identifying number
--- | --- | ---
 | | 301

Electronic Tax Identification Number (ETIN)
P30755282

Three out of four taxpayers now use IRS e-file. Go to *www.irs.gov/efile* for details on using IRS e-file. The benefits of e-filing include the following.

* Faster refunds
* Fewer errors

* Secure transmissions
* Easier filing method

* E-payment options
* Receipt acknowledged

Check the applicable box to indicate the reason this return is not being filed electronically. (Do not check more than one box.)

☐ 1 Taxpayer chose to file this return on paper.

☐ 2 The preparer received a waiver from the requirement to electronically file the tax return.

Waiver Reference Number ____#10147____ Approval Letter Date ____7/31/2013____

☐ 3 The preparer is a member of a recognized religious group that is conscientiously opposed to filing electronically.

☐ 4 This return was rejected by IRS e-file and the reject condition could not be resolved.

Reject code ____ Number of attempts to resolve reject ____

☐ 5 The preparer's e-file software package does not support Form ____ or Schedule ____
attached to this return.

☐ 6 Check the box that applies and provide additional information if requested.

☐ a The preparer is ineligible to file electronically because IRS e-file does not accept foreign preparers without social security numbers who live and work abroad.

☐ b The preparer is ineligible to participate in IRS e-file.

☐ c Other: Describe below the circumstances that prevented the preparer from filing this tax return electronically.

(additional lines, illegible)

For Paperwork Reduction Act Notice, see instructions.

Form **8948** (9-2012)



# Internal Revenue Service
United States Department of the Treasury

                                                    Request Date: 07-27-2015
                                                    Response Date: 07-27-2015
                                                    Tracking Number: 100241544421

                        Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:

VICTOR M CROWN
5962 NORTH LINCOLN AVE LL2
CHICAGO, IL 60659-3711-994

          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Jun. 01, 2015
ACCRUED PENALTY:          0.00          AS OF: Jun. 01, 2015

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):      0.00

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              00
FILING STATUS:           Single
ADJUSTED GROSS
    INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
    TAXPAYER:
SE TAXABLE INCOME
    SPOUSE:
TOTAL SELF
    EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

                        TRANSACTIONS
CODE EXPLANATION OF TRANSACTION         CYCLE    DATE              AMOUNT
     No tax return filed

460  Extension of time to file          04-15-2015        $0.00
     ext. Date 10-15-2015

          This Product Contains Sensitive Taxpayer Data

# 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return

**14** OMB No. 1545-0074

| For the year Jan. 1–Dec. 31, 2014, or other tax year beginning | , 2014, ending | , 20 | See separate instructions. |
| --- | --- | --- | --- |

Your first name and initial | Last name | Your social security number

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

*6362 N. Lincoln Avenue*

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below. See instructions.

*Chicago, Illinois 60659-3111*

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1. ☑ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

5a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
| --- | --- | --- | --- | --- |
| (1) First name | Last name | | | |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

**Boxes checked on 6a and 6b**
**No. of children on 6c who:**
• lived with you
• did not live with you due to divorce or separation (see instructions)
**Dependents on 6c not entered above**

d Total number of exemptions claimed

**Add numbers on lines above ▶** 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | | |
| --- | --- | --- | --- | --- |
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 148,144 90 |
| 8a | Taxable interest. Attach Schedule B if required | | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | | 9a | |
| b | Qualified dividends | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits | 20a | 15,480 | b Taxable amount | 20b | 13,140 78 |
| 21 | Other income. List type and amount | | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 22 | 161,284 X |

**Adjusted Gross Income**

| | | | | |
| --- | --- | --- | --- | --- |
| 23 | Educator expenses | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 | Self-employed health insurance deduction | 29 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction | 32 | | |
| 33 | Student loan interest deduction | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 35 | | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | | 37 | 161,284 |

Page 2

| | 38 | Amount from line 37 (adjusted gross income) | | | | 38 | 3,894 | |
|---|---|---|---|---|---|---|---|---|
| **Tax and Credits** | 39a | Check { □ You were born before January 2, 1951, □ Blind } Total boxes<br>□ Spouse was born before January 2, 1951, □ Blind } checked ▶ 39a | | | | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b □ | | | | | | |
| Standard Deduction for— | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | | 40 | 1,543 | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | | | | 41 | 2,351 | |
| | 42 | Exemptions. If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | | | | 42 | 1,950 | |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | | 43 | 12,941 | |
| | 44 | Tax (see instructions). Check if any from: a □ Form(s) 8814  b □ Form 4972  c □ | | | | 44 | 421 | |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | | | 45 | | |
| • All others: | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | | | 46 | | |
| Single or Married filing separately, $6,200 | 47 | Add lines 44, 45, and 46 | | | ▶ | 47 | 421 | |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | | | | |
| Married filing jointly or Qualifying widow(er), $12,400 | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | | | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | | | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | | | | |
| Head of household, $9,100 | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | | | | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | | | | |
| | 54 | Other credits from Form: a □ 3800 b □ 8801 c □ | 54 | | | | | |
| | 55 | Add lines 48 through 54. These are your total credits | | | | 55 | | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | | | ▶ | 56 | | |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | | | 57 | | |
| | 58 | Unreported social security and Medicare tax from Form: a □ 4137  b □ 8919 | | | | 58 | | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | | 59 | | |
| | 60a | Household employment taxes from Schedule H | | | | 60a | | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | | | 60b | | |
| | 61 | Health care: individual responsibility (see instructions)  Full-year coverage □ | | | | 61 | | |
| | 62 | Taxes from: a □ Form 8959  b □ Form 8960  c □ instructions; enter code(s) | | | | 62 | | |
| | 63 | Add lines 56 through 62. This is your total tax | | | ▶ | 63 | 421 | |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 26256 | 00 | | | |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | | | | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | | | | | |
| | b | Nontaxable combat pay election | 66b | | | | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | | | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | | | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | | | | |
| | 70 | Amount paid with request for extension to file | 70 | 150 | 00 | | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | 2124 | 00 | | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | | | | |
| | 73 | Credits from Form: a □ 2439 b □ Reserved c □ Reserved d □ | 73 | | | | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments | | | ▶ | 74 | 28,530 | |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | | | | 75 | 21,909 | |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ □ | | | | 76a | 21,909 | |
| Direct deposit? See instructions. | b | Routing number | | ▶ c Type: □ Checking □ Savings | | | | |
| | d | Account number | | | | | | |
| | 77 | Amount of line 75 you want applied to your 2015 estimated tax ▶ | 77 | | | | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | | | 78 | | |
| | 79 | Estimated tax penalty (see instructions) | 79 | | | | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? □ Yes. Complete below. □ No |
|---|---|
| | Designee's name ▶ ___  Phone no. ▶ ___  Personal identification number (PIN) ▶ ___ |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| Joint return? See instructions. | Your signature ___  Date ___  Your occupation ___  Daytime phone number ___ |
| Keep a copy for your records. | Spouse's signature. If a joint return, both must sign.  Date ___  Spouse's occupation ___  If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name ___  Preparer's signature ___  Date ___  Check □ if self-employed  PTIN ___ |
|---|---|
| | Firm's name ▶ ___ Franklin Accounting, Inc.  Firm's EIN ▶ ___ |
| | Firm's address ▶ ___  Phone no. ___ |

Form **1040** (2014)

**4852**

Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

▶ Attach to Form 1040, 1040A, 1040-EZ, or 1040X.

Rev. Calendar year 20__
Department of the Treasury
Internal Revenue Service

1 Name(s) shown on return

2 Your social security number

3 Address

4 Enter year in space provided and check one box. For the tax year ending December 31, 2014.
I have been unable to obtain (or have received an incorrect) ☐ Form W-2 OR ☐ Form 1099-R.
I have notified the IRS of this fact. The amounts shown on line 7 or line 8 are my best estimates for all wages or payments made to me and tax withheld by my employer or payer named on line 5.

5 Employer's or payer's name, address, and ZIP code
City of Chicago, Department of Finance
33 N. LaSalle Street, Chicago, Illinois 60602

6 Employer's or payer's identification number (if known)
36-6005820

7 Form W-2. Enter wages, tips, other compensation, and taxes withheld.

| | | | | |
|---|---|---|---|---|
| a | Wages, tips, and other compensation | | g | State income tax withheld |
| b | Social security wages | | | (Name of state) Illinois |
| c | Medicare wages and tips | | h | Local income tax withheld |
| d | Advance EIC payment | | | (Name of locality) |
| e | Social security tips | | i | Social security tax withheld |
| f | Federal income tax withheld | | j | Medicare tax withheld |

8 Form 1099-R. Enter distributions from pensions, annuities, retirement/profit-sharing plans, IRAs, insurance contracts, etc.

| | | | | |
|---|---|---|---|---|
| a | Gross distribution | | f | Federal income tax withheld |
| b | Taxable amount | | g | State income tax withheld |
| c | Taxable amount not determined ☐ | | h | Local income tax withheld |
| d | Total distribution ☐ | | i | Employee contributions |
| e | Capital gain (included in line 8b) | | j | Distribution codes |

9 How did you determine the amounts on lines 7 and 8 above?

10 Explain your efforts to obtain Form W-2, Form 1099-R, or Form W-2c, Corrected Wage and Tax Statement.

**Sign Here** Signature ▶ Victor M. Crown    Date ▶

## General Instructions

Section references are to the Internal Revenue Code.

**Purpose of form.** Form 4852 serves as a substitute for Forms W-2, W-2c, and 1099-R and is completed by taxpayers or their representatives when (a) their employer or payer does not give them a Form W-2 or Form 1099-R or (b) an employer or payer has issued an incorrect Form W-2 or Form 1099-R. Attach this form to the back of your income tax return, before any supporting forms or schedules.

**Penalties.** The IRS will challenge the claims of individuals who attempt to avoid or evade their federal tax liability by using Form 4852 in a manner other than as prescribed.

For Paperwork Reduction Act Notice, see page 2.

Form **4852**

| SCHEDULE A (Form 1040) | | **Itemized Deductions** | | OMB No. 1545-0074 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea* ► Attach to Form 1040. | | **2014** Attachment Sequence No. 07 |
| Name(s) | | | | Your social security number |

| | | | | | | |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | | Medical and dental expenses (see instructions) | 1 | | | |
| | | Enter amount from Form 1040, line 38 | 2 | | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1950, multiply line 2 by 7.5% (.075) instead | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| Taxes You Paid | 5 | State and local (check only one box): a ☑ Income taxes, or b ☐ General sales taxes | | 5 | 3907 00 | |
| | 6 | Real estate taxes (see instructions) | | 6 | | |
| | 7 | Personal property taxes | | 7 | | |
| | 8 | Other taxes. List type and amount ► | | 8 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 3907 00 |
| Interest You Paid | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| Note. Your mortgage interest deduction may be limited (see instructions). | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ► | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | | |
| | 15 | Add lines 10 through 14 | | | 15 | |
| Gifts to Charity | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | | |
| | 18 | Carryover from prior year | 18 | | | |
| | 19 | Add lines 16 through 18 | | | 19 | |
| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | Line 28 XX |
| Job Expenses and Certain Miscellaneous Deductions | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► See Form 2106 | 21 | | | |
| | 22 | Tax preparation fees | 22 | | | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ► | 23 | | | |
| | 24 | Add lines 21 through 23 | 24 | | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | |
| Other Miscellaneous Deductions | 28 | Other—from list in instructions. List type and amount ► casualty/theft loss part (a) of I.I.Rev. Proc. 2009-20 which was validated from 12/29/2011 forward | | | 28 | 3226 36 |
| Total Itemized Deductions | 29 | Is Form 1040, line 38, over $152,525? ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ☐ Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter | | | 29 | 6043 00 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   Cat. No. 71450     Schedule A (Form 1040) 2014

# 4684

## Casualties and Thefts

Department of the Treasury
Internal Revenue Service

➤ Information about Form 4684 and its separate instructions is at www.irs.gov/form4684.
➤ Attach to your tax return.
➤ Use a separate Form 4684 for each casualty or theft.

OMB No. 1545-0177

20**14**

Attachment
Sequence No. 26

Name(s) shown on tax return

Identifying number

SECTION A—Personal Use Property (use this section to report casualties and thefts of property not used in a trade or business or for income-producing purposes.)

1  Description of properties (show type, location, and date acquired for each property). Use a separate line for each property lost or damaged from the same casualty or theft.

Property A _____
Property B _____
Property C _____
Property D _____

|  | | Properties | | | |
|---|---|---|---|---|---|
|  |  | A | B | C | D |
| 2  Cost or other basis of each property | 2 | | | | |
| 3  Insurance or other reimbursement (whether or not you filed a claim) (see instructions) | 3 | | | | |
| Note: If line 2 is more than line 3, skip line 4 | | | | | |
| 4  Gain from casualty or theft. If line 3 is more than line 2, enter the difference here and skip lines 5 through 9 for that column. See instructions if line 3 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 4 | | | | |
| 5  Fair market value before casualty or theft | 5 | | | | |
| 6  Fair market value after casualty or theft | 6 | | | | |
| 7  Subtract line 6 from line 5 | 7 | | | | |
| 8  Enter the smaller of line 2 or line 7 | 8 | | | | |
| 9  Subtract line 3 from line 8. If zero or less, enter -0- | 9 | | | | |

10  Casualty or theft loss. Add the amounts on line 9 in columns A through D.  `10`

11  Enter the smaller of line 10 or $100  `11`

12  Subtract line 11 from line 10  `12`

   Caution: Use only one Form 4684 for lines 13 through 18.

13  Add the amounts on line 12 of all Forms 4684  `13`

14  Add the amounts on line 4 of all Forms 4684  `14`

15  • If line 14 is more than line 13, enter the difference here and on Schedule D. Do not complete the rest of this section (see instructions).
   • If line 14 is less than line 13, enter -0- here and go to line 16.
   • If line 14 is equal to line 13, enter -0- here. Do not complete the rest of this section.  `15`

16  If line 14 is less than line 13, enter the difference  `16`

17  Enter 10% of your adjusted gross income from Form 1040, line 38, or Form 1040NR, line 37. Estates and trusts, see instructions  `17`

18  Subtract line 17 from line 16. If zero or less, enter -0-. Also enter the result on Schedule A (Form 1040), line 20, or Form 1040NR, Schedule A, line 6. Estates and trusts, enter the result on the "Other deductions" line of your tax return  `18`

For Paperwork Reduction Act Notice, see instructions.

Cat. No. 12997O

Form **4684** (2014)

Form 4684 (2014)

Attachment Sequence No. 26

Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side.

identifying number

### SECTION B—Business and Income-Producing Property

**Part I  Casualty or Theft Gain or Loss** (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each property). Use a separate line for each property lost or damaged from the same casualty or theft. See instructions if claiming a loss due to a Ponzi-type investment scheme and Section C is not completed.

Property A

Property B

Property C

Property D

| | | Properties | | |
|---|---|---|---|---|
| | | A | B | C | D |
| 20 Cost or adjusted basis of each property | 20 | | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 through 27 for that column. See the instructions for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value before casualty or theft | 23 | | | | |
| 24 Fair market value after casualty or theft | 24 | | | | |
| 25 Subtract line 24 from line 23 | 25 | | | | |
| 26 Enter the smaller of line 20 or line 25 | 26 | | | | |
| Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | | | | |
| 28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions) | | 28 | | | 112236 00 |

**Part II  Summary of Gains and Losses** (from separate Parts I)

| (a) Identify casualty or theft | (b) Losses from casualties or thefts | | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|
| | (i) Trade, business, rental or royalty property | (ii) Income-producing and employee property | |

Casualty or Theft of Property Held One Year or Less

| 29 BILL OF COSTS statutory payment ($56.80/hour - assessed- City of Chicago) which was affirmed pursuant to order entered by 7th Circuit on 8/13/2013 | | 112236 00 | |
| 30 Totals. Add the amounts on line 29 | 30 | 112236 00 | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | | 31 | 112236 00 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 28, or Form 1040NR, Schedule A, line 14, and enter the amount from property used as an employee on Schedule A (Form 1040), line 23, or Form 1040NR, Schedule A, line 9. Estates and trusts, partnerships, and S corporations, see instructions | | 32 | |

Casualty or Theft of Property Held More Than One Year

| 33 Casualty or theft gains from Form 4797, line 32 | | | 33 | |
| 34 | | | | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | | | |
| 36 Total gains. Add lines 33 and 34, column (c) | | | 36 | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | | | 37 | |
| 38 If the loss on line 37 is more than the gain on line 36: | | | | |
| a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | | 38a | |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 28, or Form 1040NR, Schedule A, line 14, and enter the amount from property used as an employee on Schedule A (Form 1040), line 23, or Form 1040NR, Schedule A, line 9. Estates and trusts, partnerships, and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | | 38b | |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | | 39 | |

Note: Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 11. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 10.

Form 4684 (2014)

Form 4684 (2014)

Name(s) shown on tax return

Victor M. Crown

SECTION C — Theft Loss Deduction for Ponzi-Type Investment Scheme Using the Procedures in Revenue Procedure 2009-20 (Complete this section in lieu of Appendix A in Revenue Procedure 2009-20. See instructions.)

**Part I  Computation of Deduction**

| | | | |
|---|---|---|---|
| 40 | Initial investment | 40 | 100,944.00 |
| 41 | Subsequent investments (see instructions) | 41 | .00 |
| 42 | Income reported on your tax returns for tax years prior to the discovery year (see instructions) | 42 | 0.00 |
| 43 | Add lines 40, 41 and 42 | 43 | 100,944.00 |
| 44 | Withdrawals for all years (see instructions) | 44 | 0.00 |
| 45 | Subtract line 44 from line 43. This is your total qualified investment | 45 | 119,144.00 |
| 46 | Enter 95 (95%) if you have no potential third-party recovery. Enter 75 (75%) if you have potential third-party recovery | 46 | 95 |
| 47 | Multiply line 46 by line 45 | 47 | 113,236.00 |
| 48 | Actual recovery | 48 | 0.00 |
| 49 | Potential Insurance/Securities Investor Protection Corporation (SIPC) recovery | 49 | 0.00 |
| 50 | Add lines 48 and 49. This is your total recovery | 50 | 0.00 |
| 51 | Subtract line 50 from line 47. This is your deductible theft loss. Include this amount on line 28 of Section B, Part I. Do not complete lines 19-27 for this loss. Then complete Section B, Part II. | 51 | 113,236.00 |

**Part II  Required Statements and Declarations (See instructions.)**

• I am claiming a theft loss deduction pursuant to Revenue Procedure 2009-20 from a specified fraudulent arrangement conducted by the following individual or entity

Name of individual or entity  City of Chicago  Department of Finance  CFO Lois Scott

Taxpayer identification number (if known)  36-6005820

Address  33 N. LaSalle Street  Chicago, Illinois 60602

• I have written documentation to support the amounts reported in Part I of this Section C

• I am a qualified investor as defined in section 4.03 of Revenue Procedure 2009-20.

• If I have determined the amount of my theft loss deduction using .95 on line 46 above, I declare that I have not pursued and do not intend to pursue any potential third-party recovery, as that term is defined in section 4.10 of Revenue Procedure 2009-20

• I agree to comply with the conditions and agreements set forth in Revenue Procedure 2009-20 and this Section C

• If I have already filed a return or amended return that does not satisfy the conditions in section 6.02 of Revenue Procedure 2009-20, I agree to all adjustments or actions that are necessary to comply with those conditions. The tax year(s) for which I filed the return(s) or amended return(s) and the date(s) on which they were filed are as follows:

2007 received by IRS on 4/15/15, 2010 received by IRS on 5/14/15, 2011 received by IRS on 5/18, 2013 amended received on 12/7/13.

The 7th Circuit Court of Appeals has entered a procedural order granting taxpayer statutory interest from 5/25/2009 forward.

This order is effective from 7.13.2015 forward since the City of Chicago failed to file/obtain a legal stay from the US Supreme Court.

Form 4684 (2014)

# 8948

**Preparer Explanation for Not Filing Electronically**

(Rev. September 2011)
Department of the Treasury
Internal Revenue Service

▶ Attach to taxpayer's Form 1040, 1040A, 1040EZ, or Form 1041.
▶ Information about Form 8948 and its instructions is available at www.irs.gov/form8948.

OMB No. 1545-2200

Sequence No. 173

| | |
|---|---|
| Name(s) on tax return | Tax year of return: 2013 | Taxpayer's identifying number |
| Vicki M. Brown | | |
| Preparer's name | | Preparer Tax Identification Number (PTIN) |
| Vicki M. Brown | | P00783xx |

Three out of four taxpayers now use IRS e-file. Go to *www.irs.gov/efile* for details on using IRS e-file. The benefits of electronic filing include the following.

- Faster refunds
- More accurate returns
- Secure transmissions
- Easier filing method
- E-payment options
- Receipt acknowledged

Check the applicable box to indicate the reason this return is not being filed electronically. Do not check more than one box.

1  ☐ Taxpayer chose to file this return on paper.

2  ☑ The preparer received a waiver from the requirement to electronically file the tax return.

Waiver Reference Number ____#10147____   Approval Letter Date ____7/31/2013____

3  ☐ The preparer is a member of a recognized religious group that is conscientiously opposed to filing electronically.

4  ☐ This return was rejected by IRS e-file and the reject condition could not be resolved.

Reject code _____   Number of attempts to resolve reject: _____

5  ☐ The preparer's e-file software package does not support Form _____ or Schedule _____ attached to this return.

6  Check the box that applies and provide additional information if requested.

a  ☐ The preparer is ineligible to file electronically because IRS e-file does not accept foreign preparers without social security numbers who live and work abroad.

b  ☐ The preparer is ineligible to participate in IRS e-file.

c  ☑ Other. Describe below the circumstances that prevented the preparer from filing this return electronically.

Taxpayer, Vicki M. Brown, was a JT Writer Award recipient and deferred under interim court ruling by the 7th Circuit on

(case no. 11-3401) which affirmed interim (in1099) tax break tax award recipient(s) from 9/26/2009 forward...

...or defendant (City / Chicago...) may use delay to obtain a legal stay on the order for statutory interest on 11-3401's

effect/interest that the eventual judgment in 4/30-12 (Count XV) 1099 was filed closely.

This exhibit and taxpayer(s) Vicki M. Brown(s) statement under one federal court judgment for processing.

**2014 Form IL-1040**

Step 1

A   Social Security numbers in the order they appear on your federal return.

~~Your Social Security number~~

B   Personal information

Victor M.                                      Crown
Your first name and initial                    Your last name

Spouse's first name and initial                Spouse's last name

5962 N. Lincoln Avenue
Mailing address. See instructions if foreign address.        Apartment number

Chicago                          IL          60659-3771
City                             State        ZIP or Postal Code

Foreign Nation if not United States (do not abbreviate)

C   Filing status (see instructions)
    ☒ Single or head of household   ☐ Married filing jointly   ☐ Married filing separately   ☐ Widowed

D   Check if you or your spouse are a military veteran and want your name and address shared with the Illinois
    Department of Veterans' Affairs.   ☐ You   ☐ Spouse

**Step 2:**
1   Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or
    U.S. 1040EZ, Line 4                                                                    1    137,284 .00
2   Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b;
    or U.S. 1040EZ                                                                         2          .00
3   Other additions. Attach Schedule M.                                                    3          .00
4   Total income. Add Lines 1 through 3.                                                   4    137,284 .00

**Step 3:**
5   Social Security benefits and certain retirement plan income
    received if included in Line 1. Attach Page 1 of federal return.   5    19,140 .00
6   Illinois Income Tax overpayment included in U.S. 1040, Line 10.    6          .00
7   Other subtractions. Attach Schedule M.                             7          .00
    Check if Line 7 includes any amount from Schedule 1299-C   ☐
8   Add Lines 5, 6, and 7. This is the total of your subtractions.                         8    19,140 .00
9   Illinois base income. Subtract Line 8 from Line 4.                                     9    118,144 .00

**Step 4:**
10  a   Number of exemptions from your federal return    1   X $2,125   a    2,125 .00
    b   If someone can claim you as a dependent, see instructions.   ___ X $2,125   b    .00
    c   Check if 65 or older:   ☐ You  +  ☐ Spouse   =   ___ X $1,000   c    .00
    d   Check if legally blind:   ☐ You  +  ☐ Spouse   =   ___ X $1,000   d    .00
        Exemption allowance. Add Lines a through d.                                        10    2,125 .00

**Step 5:**
11  Residents: Net income. Subtract Line 10 from Line 9. Skip Line 12.                     11   116,019 .00
12  Nonresidents and part-year residents:
    Check the box that applies to you during 2014   ☐ Nonresident   ☐ Part-year resident, and
    enter the Illinois base income from Schedule NR. Attach Schedule NR.   12    .00

**Step 6:**
13  Residents: Multiply Line 11 by 3.75% (.0375). Cannot be less than zero.
    Nonresidents and part-year residents: Enter the tax from Schedule NR.                  13    5,300 .00
14  Recapture of investment tax credits. Attach Schedule 4255.                             14          .00
15  Income tax. Add Lines 13 and 14. Cannot be less than zero.                             15    5,800 .00

**Step 7:**
16  Income tax paid to another state while an Illinois resident.
    Attach Schedule CR.                                                           16    .00
17  Property tax and K-12 education expense credit amount from
    Schedule ICR. Attach Schedule ICR.                                            17    .00
18  Credit amount from Schedule 1299-C. Attach Schedule 1299-C.                   18    .00
19  Add Lines 16, 17, and 18. This is the total of your credits. Cannot
    exceed the tax amount on Line 15.                                                      19          .00
20  Tax after nonrefundable credits. Subtract Line 19 from Line 15.                        20    5,800 .00



| | | | | | |
|---|---|---|---|---|---|
| | 21 | Tax after ... credits (add ... from Page ... Line 20 | 21 | 5,800.00 | |
| Step 8 | 22 | See instructions. | 22 | .00 | |
| | 23 | ... ... | 23 | | |
| | 24 | Compassionate ... use of Medical Cannabis Pilot Program Act Surcharge | 24 | .00 | |
| | 25 | Total Tax. Add ... Lines 22, 23 and 34. | | 25 | 5,800.00 |
| Step 9 | 26 | Illinois Income Tax Withheld. Attach all W-2 and 1099 forms. | 26 | 5,907.00 | |
| | 27 | Estimated payments from Forms IL-1040-ES and IL-505-I including any overpayment applied from a prior year return. | 27 | .00 | |
| | 28 | Pass-through entity tax payments. Attach Schedule K-1-P or K-1-T. | 28 | .00 | |
| | 29 | Earned income Credit from Schedule ICR. Attach Schedule ICR. | 29 | .00 | |
| | 30 | Total payments and refundable credit. Add Lines 26 through 29. | | 30 | 5,907.00 |
| Step 10 | 31 | Overpayment. If Line 30 is greater than Line 25, subtract Line 25 from Line 30. | | 31 | .00 |
| | 32 | Underpayment. If Line 25 is greater than Line 30, subtract Line 30 from Line 25. | | 32 | .00 |
| Step 11 | 33 | Late-payment penalty for underpayment of estimated tax. | 33 | .00 | |

Step 11

33 Late-payment penalty for underpayment of estimated tax. .......... 33 _____ .00

   a Check if at least two-thirds of your federal gross income is from farming. ☐

   b Check if you or your spouse are 65 or older and permanently living in a nursing home. ☐

   c Check if your income was not received evenly during the year and you annualized your income on Form IL-2210. Attach Form IL-2210. ☐

   d Check if you were not required to file an Illinois Individual Income Tax return in the previous tax year. ☐

34 Voluntary charitable donations. Attach Schedule G. .......... 34 _____ .00

35 Total penalty and donations. Add Lines 33 and 34. .......... 35 _____ .00

Step 12

36 If you have an overpayment on Line 31 and this amount is greater than Line 35, subtract Line 35 from Line 31. This is your remaining overpayment. .......... 36 _____ 107.00

37 Amount from Line 36 you want refunded to you. Check one box on Line 38. See instructions. 37 _____ 107.00

38 I choose to receive my refund by

   ☒ direct deposit - Complete the information below if you check this box.

     Routing number [▓▓▓▓▓] ☒ Checking or ☐ Savings

     Account number [▓▓▓▓▓] x x x x x

   ☐ Illinois Individual Income Tax refund debit card

   ☐ paper check

39 Amount to be applied to estimated tax. Subtract Line 37 from Line 38. See instructions. 39 _____ .00

40 If you have an underpayment on Line 32, add Lines 32 and 35. OR
If you have an overpayment on Line 31 and this amount is less than Line 35,
subtract Line 31 from Line 35. This is the amount you owe. See instructions. 40 _____ .00

Step 13

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

_____ — 7/27/2015

Your signature     Date     Daytime phone number     Your spouse's signature     Date

Third Party Designee's signature     Date     Preparer's phone number     Preparer's PTIN, FEIN, or SSN

☐ Check if you want to allow the designee and phone number below, to allow a third person to discuss this return with the Illinois Department of Revenue.

Preparer's name (please print)     Designee's phone number

☐ If you are unable to obtain your Form 1099-G from our website, you may check the box to receive a paper 1099-G form ... ... if you meet the criteria requiring us to issue one to you.

|||||| |||| ||| |||| |||| ||| ||| |||| ||||



Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0025

| Notice | CP24 |
|---|---|
| Tax Year | 2014 |
| Notice date | August 31, 2015 |
| Social Security number | |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 035732 |
| Page 1 of 3 | 5916 |

005323.436781.92611.18071 1 AT 0.416 513



VICTOR M CROWN
5962 N LINCOLN AVE APT
CHICAGO IL 60659-3711

05323

## Changes to your 2014 Form 1040
# Adjusted Refund: $24,898.00

We changed your 2014 Form 1040 to match our record of your estimated tax payments, credits applied from another tax year, and/or payments received with an extension to file. As a result, you are due a refund of $24,898.00.

### Summary

| Payments you made | -$26,256.00 |
|---|---|
| Tax you owed | 1,358.00 |
| **Refund due** | **$24,898.00** |

## What you need to do

Review this notice, and compare our changes to the information on your tax return and to your payment records.

### If you agree with the changes we made
* You don't need to do anything. You should receive a refund for $24,898.00 within 4-6 weeks as long as you don't owe other tax or debts we're required to collect.

Continued on back...



VICTOR M CROWN
5962 N LINCOLN AVE APT
CHICAGO IL 60659-3711

| Notice | CP24 |
|---|---|
| Notice date | August 31, 2015 |
| Social Security number | XXX-XX-6258 |

## Contact information

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.
Please check here if you've included any correspondence. Write your Social Security number (XXX-XX-6258), the tax year (2014), and the form number (1040) on any correspondence.

a.m.
p.m.

a.m.
p.m.

Primary phone        Best time to call        Secondary phone        Best time to call

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0025

XXXXX6258 DQ CROW 30 0 201412

| Notice | CP24 |
|---|---|
| Tax Year | 2014 |
| Notice date | August 31, 2015 |
| Social Security number | ████████ |
| Page 2 of 3 | 39H |

## What you need to do — continued

### If you don't agree with the changes

- Call 1-800-829-0922 to review your account. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation.
- If we don't hear from you, we'll assume you agree with the information in this notice.

## Changes to your 2014 tax return

Information was changed because of the following:

- We changed the amount of taxable social security benefits on Line 20b of your Form 1040 because there was an error in the computation of the taxable amount.

  NOTE: Publication 915, Social Security and Equivalent Railroad Retirement Benefits, provides additional information related to computing your taxable Social Security Benefits. You may call 1-800-TAX-FORM (1-800-829-3676) to order Publication 915, or download it from our web site at www.irs.gov.
- We changed the amount claimed as excess social security tax withheld or tier 1 RRTA withheld on Line 71 of Form 1040 due to a computation error.

## Your tax calculations

| Description | Your calculations | IRS calculations |
|---|---|---|
| Adjusted gross income, line 37 | $137,284.00 | $134,186.00 |
| Taxable income, line 43 | 15,191.00 | 12,093.00 |
| Total tax, line 63 | $1,823.00 | $1,358.00 |

 **IRS** Department of the Treasury
Internal Revenue Service

AUSC Mail stop 6579
AUSTIN   TX   73301-0021

In reply refer to:  1483911111
Sep. 08, 2015  LTR 5071C   0
  *           000000 00
Input Op:  1483496248 00033633
                       BODC: NOBOD

VICTOR M CROWN
5962 N LINCOLN AVE APT LL2
CHICAGO  IL  60659

016260

```
Social security number:  *
            Tax year:  2014
           Toll-free:  1-800-830-5084
             Website:  Identity Verification Service
                       (idverify.irs.gov)
      Control number:  89221206086255
```

Dear Taxpayer

We received a federal income tax return, Form 1040, for the tax
year listed above with your name and social security number. To
protect you from identity theft, we need to verify your identity
before we process the return.

Within 30 days, you must use one of the following options to verify
your identity. Be sure you have a copy of your prior year tax return,
your current year tax return (if you filed one), and any supporting
documents (such as Form W-2, 1099, Schedule C, Schedule F, etc.).

  - Verify online
    Go to our secure Identity Verification Service website at
    idverify.irs.gov. It's quick and secure and available 24 hours
    a day.

  - Verify by phone if you can't verify online
    Call us between 7:00AM  and 7:00PM at the
    toll-free number listed at the top of this letter.

If you didn't file this tax return, you should still use one of the
verification options to confirm to us that you may be a victim of
identity theft. We will take steps to assist you as soon as you
complete one of the verification options.

If you choose to have an authorized power of attorney or a third party
designee represent you, we encourage you to be available with your
representative if you call us.

We won't process this Dec. 31, 2014, tax return until we hear from
you.

To understand more about this letter, go to www.irs.gov, keyword
search: 5071C.

```
                                                    1483911111
                                  Sep. 08, 2015   LTR 5071C     0
                                  *                000000 00
                                  Input Op:   1483496248 00033434
```

VICTOR M CROWN
5962 N LINCOLN AVE APT LL2
CHICAGO  IL  60659


Thank you for your cooperation.


                        Sincerely yours,


                        **INTEGRITY & VERIFICATION
                             OPERATIONS**
                        Integrity & Verification Operations
                        Program Manager, I&VO

Enclosure:
Copy of this letter

| Form **941c** | **Supporting Statement To Correct Information** | OMB No. 1545-0256 |
|---|---|---|
| (Rev. October 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Do Not File Separately**<br>▶ File with Forms 941, 941-M, 941-SS, 943, 944, 944(SP), 944-SS, 945, or Form 843. | Page<br>No. |

| Name<br>Victor M. Crown | Employer identification number (EIN)<br>36 : 6005820 |
|---|---|

| Telephone number (optional)<br>(773) 691-5978 | A  This form supports adjustments to Form:   Check only one box. (see instructions)<br>☑ 941    ☐ 941-M    ☐ 941-SS    ☐ 943<br>☐ 944    ☐ 944(SP)    ☐ 944-SS    ☐ 945 |
|---|---|
| B  This form is attached to and filed with the return for the<br>period ending (month, year) ▶    2011 | C  Enter the date that you discovered the error(s) reported on this form.<br>(If you are making more than one correction and the errors were not<br>discovered at the same time, explain in Part V.) . . . . . ▶  12/28/2011 |

**Signature and Certification (You must complete this part for the IRS to process your adjustments for overpayments.) Skip Part I if all of your adjustments are underpayments. (Part I applies to wages only.)**

I certify that Forms W-2c, Corrected Wage and Tax Statement, have been filed (as necessary) with the Social Security Administration, and that (check appropriate boxes):

☑ All overcollected federal income taxes for the current calendar year and all social security and Medicare taxes for the current and prior calendar years have been repaid to employees. For claims of overcollected employee social security and Medicare taxes in earlier years, a written statement has been obtained from each employee stating that the employee has not claimed and will not claim refund or credit for the amount of the overcollection.

☑ All affected employees have given their written consent to the allowance of this credit or refund. For claims of overcollected employee social security and Medicare taxes in earlier years, a written statement has been obtained from each employee stating that the employee has not claimed and will not claim refund or credit for the amount of the overcollection.

☐ The social security tax and Medicare tax adjustments represent the **employer's share only.** An attempt was made to locate the employee(s) affected, but the affected employee(s) could not be located or will not comply with the certification requirements.

☑ None of this refund or credit was withheld from employee wages.

| **Sign<br>Here** | Signature ▶ | Title ▶ | Date ▶ |
|---|---|---|---|

**Federal Income Tax Withholding (Including Backup Withholding) Adjustment**

| | (a)<br>Period Corrected (For quarterly<br>returns, enter date quarter ended.<br>For annual returns, enter year.) | (b)<br>Withheld Income Tax<br>Previously Reported<br>for Period | (c)<br>Correct Withheld<br>Income Tax for<br>Period | (d)<br>Withheld Income<br>Tax Adjustment |
|---|---|---|---|---|
| 1 | 2008 - Docket No. 12-3583 - 7th Circuit CA [legal service - 12/13/12] | 0 | 151 | 151 |
| 2 | 2008 - Docket No. 11-1548 - 7th Circuit CA [legal service - 9/20/11] | 0 | 22275 | 22275 |
| 3 | 2009 - " | 0 | 21590 | 21590 |
| 4 | 2011 - Docket No. 12-3583 - 7th Circuit CA [docketing - 11/30/12] | 0 | 21590 | 21590 |
| 5 | **Net withheld income tax adjustment.** If more than one page, enter total of all columns (d) on first<br>page only. Enter here and on the appropriate line of the return with which you file this form. ▶ | | 5 | 65606 |

**Social Security Adjustment** (Use the tax rate in effect during the period(s) corrected. You must also complete Part IV.)

| | (a)<br>Period Corrected (For quarterly<br>returns, enter date quarter ended.<br>For annual returns, enter year.) | (b)<br>Wages Previously<br>Reported for Period | (c)<br>Correct Wages for<br>Period | (d)<br>Tips Previously<br>Reported for Period | (e)<br>Correct Tips for<br>Period | (f)<br>Social Security Tax<br>Adjustment |
|---|---|---|---|---|---|---|
| 1 | 2008 | 0 | 1500 | | | 93 |
| 2 | 2008 | 0 | 101064 | | | 6265 |
| 3 | 2009 | 0 | 99564 | | | 6172 |
| 4 | 2011 | 0 | 99564 | | | 8172 |
| 5 | **Totals.** If more than one page,<br>enter totals on first page only. ▶ | 0 | 301692 | | | 25219 |
| 6 | **Net social security tax adjustment.** If more than one page, enter total of all columns (f) on first<br>page only. Enter here and on the appropriate line of the return with which you file this form. . ▶ | | | | 6 | 26753 |
| 7 | **Net wage adjustment.** If more than one page, enter total of all lines 7 on first page only. If line 5(c)<br>is smaller than line 5(b), enter difference in parentheses . . . . . . . . . . . . . ▶ | | | | 7 | 301692 |
| 8 | **Net tip adjustment.** If more than one page, enter total of all lines 8 on first page only. If line 5(e)<br>is smaller than line 5(d), enter difference in parentheses . . . . . . . . . . . . . ▶ | | | | 8 | |

For Paperwork Reduction Act Notice, see page 4.    Cat. No. 11242O    Form **941c** (Rev. 10-2005)

Form 941c (Rev. 10-2006)

Page 2

### Medicare Tax Adjustment

| (a) Period Corrected (For quarterly returns, enter date quarter ended. For annual returns, enter year.) | (b) Wages and Tips Previously Reported for Period | (c) Correct Wages and Tips for Period | (d) Medicare Tax Adjustment |
|---|---|---|---|
| 1 2008 - Docket No. 11-1546 - mandate/judgment entered 9/20/11 | 0 | 1500 | 22 |
| 2 2008 - " | 0 | 101064 | 1465 |
| 3 2009 - " | 0 | 99564 | 1443 |
| 4 2011 - Docket No. 12-3583 - docketing [7th Circuit CA filed 11-30-12] | 0 | 99564 | 1443 |
| 5 Totals. If more than one page, enter totals on first page only . ▶ | 0 | 301692 | 4373 |
| 6 Net Medicare tax adjustment. If more than one page, enter total of all columns (d) on first page only. Enter here and on the appropriate line of the return with which you file this form . . . . ▶ | | 6 | 4373 |
| 7 Net wage and tip adjustment. If more than one page, enter total of all lines 7 on first page only. If line 5(c) is smaller than line 5(b), enter difference in parentheses . . . . . . . . . . . ▶ | | 7 | 301692 |

### Explanation of Adjustments

The taxpayer [Victor M. Crown] was/is covered pursuant to rulings entered by the 7th Circuit Court of Appeals in Docket No. 11-1546 [mandate and judgment entered on 9/20/11] and Docket No. 12-3583 [removing legal counsel for appellee on 12/6/2012] and filing request for affirmative relief as a procedural order under Circuit Rule 53 (2)(ii) on 12/13/12.

The taxpayer was/is the "prevailing party" in the above-referenced cases filed by the 7th Circuit Court of Appeals [clerk] and has timely filed a BILL OF COSTS on 9/27/13 [voting rights case] and on 9/30/13. [Shakman case - 1:69-CV-2145 NDIL]

The taxpayer was/is therefore exercising a legal option to file this Form 941 with the employer to settle/close the related tax appeals for the 2008-2011 tax years. The taxpayer has received legal clearance to submit this claim for a refund of federal withholding and Social Security withholding from the employer. [Form 941C under 28 USC 1361 and 28 USC 1651]]

The tax amounts are taken from federal tax tables and Form 941 percentages for Social Security Act [FICA - 6.2%] and Medicare [1.45%] and includes final adjustment[s] affecting the legal determination under Sarbanes Oxley Act of 2002.

Pursuant to the federal court decision, the employer [City of Chicago][Dept of Finance/Comptroller] was/is required by law to submit and file this correction with EFTPS [Electronic Federal Tax Payment System] within 14 days of its receipt The City of Chicago is required to remit by EFT to the petitioner's account certified by a bank officer. [see certification]

Pursuant to Part 1 - the federal withholding refund for the statutory employee [Victor M. Crown] was/is $65606 [8/28/14]
Pursuant to Part 1 - the Social Security tax adjustment [withholding][excess] was/is $26753 [8/28/14]. - TOTAL EFT $92359

Form 941c (Rev. 10-2006)

BILL OF COSTS

DEMOCRATIC PARTY OF ILLINOIS (2000?)

Case Number: 169-CV-2145

v. ___agains___ CITY OF CHICAGO

| | |
|---|---|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 787.61 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | 24,991.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 1,600.00 |
| **TOTAL** | **$ 27,436.61** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage to: CITY OF CHICAGO, DEPARTMENT OF LAW.

Signature of Attorney: _____

Name of Attorney: PETER M. BROWN

Date: 8/2/2008

___ 32_ ___ ___ ___ 6?



| | | | TOTAL | $.00 |

NOTICE

Section 1924, Title 28, U. S. Code (effective September 1, 1948) provides.

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:

Rule 54 (d)

"Costs. Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agents shall be imposed only to the extent permitted by law. Costs may be taxed by the Clerk on one day's notice. On motion served within 5 days thereafter, the action of the Clerk may be reviewed by the court."

Rule 6 (e)

"Whenever a party has the right or is required to do some act within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois
Eastern Division

[illegible]

[illegible Chicago Division of Cook County, Inc.]

[illegible]

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

MINUTE entry before the Honorable Wayne R. Andersen Mr. [illegible] motion for writ of mandamus [191] is denied. Defendant is barred from filing complaints in this case. Advised in open court notice sent.

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov

[illegible]

VERIFICATION

I, VICTOR M. CROWN ALEXANDER Vega hereby affirm and certify that the above-listed costs involving witness fees, legal fees, document storage and transportation were necessarily incurred in this action, affecting a 2005 order on document shredding, a 2007 court order affirming my legal standing, Shakman 1 and Shakman 2] and that the services for the above-listed fees have been charged were actually and necessarily performed.

My legal standing to bring a *BILL OF COSTS* has been affirmed by order of the Chief Judge [Hon. James Holderman] in a ruling on 6/23/08 – thereby permitting remittance of the foregoing bill. The e-mail transmission from the City of Chicago Office of Inspector General on 5/29/08 affirming the job title of "Chief Investigator" allows the petitioner to submit a *bill for costs* for an expert fee in conformity with the pay rate [of $8297/month] for June, July and August of 2008 under the listing "compensation of court appointed experts" [which affects the bill for $27,186.61] as well as a second bill for $14,950.59 [which covers lawfully incurred expenses].

FILED
SEP X 8 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN _____ ILLINOIS

_____ **BILL OF COSTS**

DEMOCRATIC PARTY OF COOK COUNTY          Case Number: 1:69-CV-2145

_____         6/23/08          CITY OF CHICAGO
Judgment having been entered in the above entitled action on    Date
the _____, requesting to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ _____ |
| Fees for service of summons and subpoena | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing | 591.85 |
| Fees for witnesses (itemize on reverse side) | 1,069.50 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | _____ |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) | 13,289.24 |
| TOTAL | $ 14,950.59 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: CITY OF CHICAGO DEPT. OF LAW

Signature of Attorney: _____

Name of Attorney: VICTOR M. CROWN   _Victor M. Crown_   Date 9-2-08
Name of Claiming Party

Costs are taxed in the amount of $14,950.59   and included in the judgment

| | | | | |
|---|---|---|---|---|
| | | | | 591.85 |
| _____ PR _____ | | | | |
| _____ | | | | |
| PARK RIDGE, ILL 6006_-0_3_ | | | | |
| 2005 deductible meals (Schedule C) $196.43 | | | | |
| 2006 deductible meals (Schedule C) $254.45 | | | | |
| 2007 deductible meals (Schedule C) $140.92 | | | | |
| The bill for cost covers the period after approval of a 90-day stay on document shredding obtained by the petitioner in ACLU v. City of Chicago on 11/17/05. (1:75-cv-3295 [Hon. Joan B. Gottschall] | | | | |
| | | | TOTAL | 591.85 |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)

"Except when express provision therefore is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 ___
(Date of entry of judgment on the docket constitutes understanding of costs).

DOCUMENTATION/ITEMIZATION (previously approved by IRS through remittance of refunds)

*2003 federal tax return – Schedule C*

Line 20b – other business property - $225.00 [Foster-Ravenswood Self-Storage]
Line 27 – other expenses - $900.00 [CTA monthly bus pass]

*2004 federal tax return – Schedule C*

Line 17 – legal and professional services - $690.00
Line 20b - other business property - $798.00 [Foster-Ravenswood Self-Storage]
Line 27 – other expenses - $900.00 [CTA monthly bus pass]

*2005 federal tax return – Schedule C*

Line 17 – legal and professional services - $2824.00
Line 20b – other business property - $1815.00 [Foster-Ravenswood Self-Storage]
Line 24b – deductible meals - $196.48
Line 27 – other expenses - $900.00 [CTA monthly bus pass]

*2006 federal tax return – Schedule C*

Line 17 – legal and professional services - $1762.24
Line 20b – other business property - $1015.00 [Foster-Ravenswood Self-Storage]
Line 24b – deductible meals - $254.45
Line 27 – other expenses - $900.00 [CTA monthly bus pass]

*2007 federal tax return – Schedule C*

Line 17 – legal and professional services - $445.00
Line 20b – other business property - $1015.00 [Foster-Ravenswood Self-Storage]
Line 24b – deductible meals - $140.92

TOTAL COST - $14,950.59



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

CUSTOMER    109539
NUMBER:

CORRESPONDENCE
ADDRESS:
Crown-Franklin Accounting Inc
5962 N. Lincoln Avenue
LL2
Chicago, IL 60659

FAX:                              PHONE:    773-516-1040
E-MAIL:    victorwrites@yahoo.com

Date Mailed  09/28/2012

## NOTICE OF CUSTOMER NUMBER ASSIGNMENT

The request to assign a "Customer Number" to the above-identified Correspondence Address and Practitioner Registration Number(s) indicated below has been accepted by the Office.

The Customer Number as assigned above may be used to identify the correspondence address or "fee address" for, and/or the appointed practitioner(s) in a United States patent application or patent. Any existing PKI certificates of the practitioners listed below are associated with the above-identified Customer Number.

**PRACTITIONER REGISTRATION NUMBER(S) ASSIGNED TO THAT CUSTOMER NUMBER:**

Patents Electronic Business Center
866-217-9197 toll-free or (p) 571-272-4100
PART 1 - A FORM A APPLICANT COPY

Victor M. Crown
5962 N. Lincoln Avenue – EL2
Chicago, Illinois 60659-3711

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0025

RE: CP49 notice from 8/31/2015 – requested corrections under 26 USC 1311-1314
TAX ID:
TAX Period[s] – 2010, 2011, 2013

Dear IRS,

Enclosed please find a copy of federal court records which affirm a legal mandate in my favor relating to litigation affecting the City of Chicago. [1:69-CV-2145 NDIL; 1:14-CV-05402 NDIL]

I was advised by IRS to forward these records to the **Cincinnati, OH IRS** office to allow for immediate correction affecting the 2010-2013 tax period. [under federal law 26 USC 1311]

This applies to incorrect civil penalty assessments for 2010 [$3337], 2011 [$25] and 2013 [$10000] as a result of the legal ruling and mandate entered by the 7th Circuit Court of Appeals on 8/14/2015 – which then affirmed my legal right to statutory post-judgment interest in Michael Shakman v. City of Chicago [1:69-CV-2145 NDIL] from the period of 5/26/2009 forward.

I am therefore asking IRS [Cincinnati, OH] to now immediately correct the record on the civil penalties incorrectly assessed pursuant to the legal mandate by the 7th Circuit Court of Appeals and the applicable federal law [26 USC 1311]

The default by the City of Chicago [the employer] on the Shakman 2 claim that was timely filed on 5/12/2008 then provides a proper legal basis for IRS to now remove/reduce and vacate civil penalties noted in the IRS notice [CP49] sent on 8/31/2015 which affects 2010, 2011 and 2013 since my position in the federal case was incorrectly deemed to be frivolous when it was actually valid. This clearly establishes a direct and intentional violation of

26 USC 7214[a] – unlawful acts of revenue officers or agents

[1] who is guilty of any extortion or willful oppression under color of law

[7] who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return or statement

This applies to each of the letters by the IRS office in Ogden, Utah sent to me from 2013 forward which falsely stated and/or inferred that my Shakman 1 and 2 claims were frivolous – when, in fact they were legitimate and adjudicated in my favor by the 7th Circuit Court of Appeals. The Cincinnati IRS office [legal] should then affirm the RULE OF LAW and take legal notice of the financial judgment entered by the 7th Circuit on 9/20/2011 [Document #30] [Docket No. 11-1545] along with the legal mandate on statutory interest entered by the 7th Circuit on 8/14/2015 – which affirmed my legal right to statutory interest from 5-26-09 forward

I am also asking IRS [Cincinnati, OH] to immediately as provided under 26 USC 7214 report this matter to the US Department of Justice and IRS [tax administration] in order to fully comply with the court mandate — since it now appears that the IRS office [in Ogden, Utah] has therefore intentionally misclassified/disregarded the 7th Circuit Court of Appeals mandate of 8/14/2015 by sending a 3176C letter falsely claiming my 2011 return as frivolous on 8/19/2015.

The IRS office in Ogden, Utah did the same thing in 2013 relating to my amended 2007 return.

It was/is my view that the IRS [Ogden, Utah] office was directed [or improperly ordered and persuaded] to incorrectly and **intentionally misclassify** my Shakman 1 and 2 claims as frivolous by the employer [City of Chicago] whom I defeated in the Shakman case with a timely filed claim on 5/12/2008 in order to intentionally obstruct statutory payments and/or engage in non-compliance with IRS rules on back pay awards [established with **IRS Publication 957**]

This letter is being submitted pursuant to **26 CFR 301.7433-1(a)** – **civil cause of action of certain unauthorized collection actions** – to mitigate [limit] the financial damage to the United States under the rules and directly affirm the employer [**City of Chicago**] as the liable party

Respectfully submitted,

Victor M. Crown

Noelle Brennan & Associates, Ltd.

Attorneys at Law

Noelle Brennan
nennan@nbrennanandassociates.com

Beth Davis, Associate
bdavis@nbrennanandassociates.com

Sarah Brown, Associate
sbrown@nbrennanandassociates.com

Mar. 4, 2009

Victor Crown
P.O. Box 125
Park Ridge, IL 60068-0125

Dear Mr. Crown,

This is to advise that an investigation of the allegations contained in the Accord Complaint (Form 4) you filed on November 4, 2008 has been completed by the Shakman Monitor's Office. The investigation determined this matter not sustained for the following reasons:

You alleged that the Inspector General's Office (IGO) denied you a job opportunity by failing to call you in for an interview after you submitted a job application on May 24, 2007. Our investigation determined that the IGO followed proper hiring procedures when they reviewed the pool of applications and opted not to interview you.

Enclosed, please find a Notice of Rights and an Arbitration Demand Form detailing your further rights in this matter.

Sincerely,

Beth A. Davis

Beth Davis
Office of the Shakman Monitor

RECEIVED

MAY 12 2009

CITY OF CHICAGO
COMM. ON HUMAN RELATION

COMMISSION ON HUMAN RELATIONS

**COMPLAINT**

Victor M. Brown                                    (708) 948-7931

P.O. Box 134          Park Ridge, IL 60018-0134
CITY OF CHICAGO
Office of Inspector General David Hoffman

180 N Michigan Ave 2nd floor  Chicago, IL 60601

X

___ RACE
___ SEXUAL ORIENTATION         X DISABILITY
X ___ GENDER IDENTITY           ___ AGE
___ MARITAL STATUS             X SOURCE OF INCOME
___ PARENTAL STATUS            ___ MILITARY DISCHARGE STATUS
                               X RETALIATION

5-24-07 to present

1. Victor Brown, am of Norwegian/Brazilian descent
and i have been on SSI disability since 10/23/02

2. I, Victor Brown, have received "special refunds"
from the IRS and have obtained a court order for
whistleblower reward money from USA v. SK DFS

Victor M. Brown          5-12-09

3. I, [illegible] [illegible] Took [illegible] application for
employment to The [illegible] denied and
was never [illegible] [illegible] employment

The CHR should investigate this and issue
a finding establishing a violation of the
City of Chicago Human Relations Ordinance

The OIG should investigate this and issue
a finding establishing a violation of the
Shakman Decree committed after 6-1-08.

4. A settlement of this complaint/claim will
affect back pay and compensation as provided
under the Illinois Workers Compensation Act.
and the petitioners proposed settlement
contract. [Shakman [illegible] [illegible] amended on 2/4/08]

IL Workers Compensation Commission [illegible]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA )   CASE No. 1:14-CV-05402
         Plaintiff )

                        )   JUDGE HON. JAMES ZACEL,
                        )        HON. JEFFREY GILBELT

VS. )

VICTOR M. CROWN )   GENERAL ORDER 09-014
LOURDES THEODUS'S ESTATE )   FRCP 54, 70, 71
         Defendant )
                                   REFILED UNDER 9/17/15 ORDER

## NOTICE OF FILING

TO: BANK OF AMERICA
LEGAL ORDER PROCESSING
800 SAMOSET DRIVE
NEWARK, DE 19713-6001

**FILED**

SEP 2 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: CITY OF CHICAGO · DEPT. OF LAW
121 N. LASALLE - 6th
CHICAGO, IL. 60601

I understand (plaintiff/defendant), certify that on the 21st day of SEPTEMBER 15 2009, I served a copy of this DEFENDANTS FRCP 54/70 MOTION to each person whom it is directed by way of ELECTRONIC SERVICE; PERSONAL SERVICE

Signature: _____

Name: VICTOR M. CROWN

Address: 5962 N. LINCOLN AVE.

City/Zip: CHICAGO, IL. 60659

Telephone: 773 691-5978

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA     CASE No. 1:14-CV-05402
_____
Plaintiff(s)

vs.     JUDGE: HON. JAMES ZAGEL

VICTOR M. CROWN
LOURDES TINEO DUSSIS ESTATE
_____
Defendant(s)

## PROOF OF SERVICE

TO: BANK OF AMERICA
LEGAL ORDER PROCESSING
800 SAMOSET DRIVE
NEWARK DE 19713-6001

TO: CITY OF CHICAGO-DEPT. OF LAW
121 N. LASALLE - 6TH Floor
CHICAGO, IL 60601

TO: US DOJ. Atty Olivia Hussy-Scott

I, the undersigned (plaintiff/defendant), certify that on the 21st day of SEPTEMBER
2015, I served a copy of this DEFENDANTS FRCP 54/70 JUDGMENT to each person whom it is
directed by way of ELECTRONIC SERVICE; PERSONAL SERVICE.
FAX SENT TO BOA ON 9/21/15; ENFORCEMENT for 9/23/15

Signature _____
Name VICTOR M. CROWN
Address 5962 N. LINCOLN AVE
City/Zip CHICAGO, IL 60659
Telephone 773 691 5978