**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

**FILED** <sub></sub>

OCT 0 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES OF AMERICA,**
**Plaintiff/Petitioner**

**v.**

**Victor M. Crown, Individually and D/B/A**
**Crown and Franklin Accounting and Refunds, et al**
**Defendant/Respondent**

Case No.: 1:14-CV-05402

**HON. JAMES ZAGEL**
**HON. JEFFREY GILBERT**
**FRAP 11 (a)(c)(e)(f)**
**FRCP 70/71 -enforcement**
**28 USC 2410**

DEFENDANTS' FRCP RULE 54 ESTATE MOTION FOR ENTRY OF JUDGMENT [ENFORCEMENT]

Respondent Victor M. Crown, pro se, the Independent Administrator of the Lourdes Theodossis

Estate, who is a defendant in the above-referenced civil case, covered under LR 5.5, LR 5.9, LR

66.1 and LR 69.1 and is affirming [and enforcing] with this FRCP 70/71 motion a monetary claim

against United States for an amount which exceeds $200000 and a lien to be assessed [entered]

against City of Chicago and [Bank of America Legal Order Processing].

The monetary claim against the United States [DOJ/DOT] directly relates to improper collection

action in violation of 26 USC 7432 and 26 USC 7433 by the Internal Revenue Service at the same time

that opposing counsel was defending a "fraudulent" proof of service/return of service in the civil case.

As provided under FRCP 41 (b) [Involuntary Dismissal; Effect] – If the Plaintiff [US DOJ] fails to prosecute

or comply with the court rules or a [FEDERAL] court order [affecting any GENERAL ORDER on my

submissions to the Judgment Fund Branch [DOT] or for turnover of other requested records needed to

present a legitimate defense and/or counter claim, a [the] defendant [ESTATE and C&F Acct] may [then] move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal under this rule – except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 – operates as an adjudication on the merits.

This motion is technically submitted [filed] as reconsideration of the filing [Defendants' {estate} motion to transfer case from District Court to the Court of Federal Claims; and dismissal of the civil case under FRCP Rule 41[b]] which was filed after the 7th Circuit Court of Appeals entered [on 6/12/2015 – in USA v. Victor M. Crown, et al – Docket No. 15-1734] a correction under FRAP 10 which affirmed [back-dated] a financial order of $90333 in post-judgment interest assessed against City of Chicago for a Shakman 2 claim that was timely filed on 5/12/2008 – covering the period of 5/26/2009 forward.

The specific request for this motion before the magistrate is for a federal lien [order] to be placed against **Bank of America Legal Order Processing** and entry of a ministerial order for JP Morgan Chase to remit $90333 from judgment funds for payment of statutory interest under the 7th Circuit mandate.

This motion is submitted [filed] now with the federal magistrate for immediate enforcement under FRAP 70/71 and 28 USC 2410 against the City of Chicago since the non-party [defendant –City of Chicago and **Mayor Rahm Emanuel**] defaulted on the 7th Circuit mandate [on 9/4/2015] and is DEFYING and in CIVIL CONTEMPT of federal mandamus orders and the 7th Circuit ruling of 6/12/2015 in the now-closed case.

I am also therefore now [filing] material [a request for entry of general mandamus orders covered under general order 09-014] and asking for it be [enforced] by the District Court [Clerk] and the Magistrate Judge to allow the estate to present a legal defense in the civil case; which will involve the following:

[a] Proving that the **City of Chicago/Bank of America Legal Order Processing** was and is currently in "NON-COMPLIANCE" with the financial mandate and judgment entered by the Clerk of the 7th Circuit

Court of Appeals on 9/20/2011 for $3.1 million in my favor and that **JP Morgan Chase** is/and would now be responsible for immediate compliance with adhering to the financial judgment in the closed case [Docket No. 11-1546 –document #30 – entered/filed by the 7th Circuit Court of Appeals on 9/20/2015]; and that either Bank of America or JP Morgan Chase is subject to FRCP 70/71 in terms of compliance with the FRCP 54 financial judgment[s] of Victor M. Crown and the Lourdes Theodossis Estate – because the administrator [Victor M. Crown] filed an injunction on 8/3/2015 to bar movement of funds by the City of Chicago CFO, City Treasurer Kurt Summers, Mayor Rahm Emanuel or Corp Counsel SPatton and an order was entered baring transfer of judgment funds at both Bank of America and JP Morgan Chase.

[b] Proving that the City of Chicago is in "NON-COMPLIANCE" with the BILL OF COSTS that was filed by the US District Court on 9/3/2008 in Michael Shakman v. Democratic Organization of Cook County.

[c] Proving that BANK OF AMERICA is and was in "NON-COMPLIANCE" with federal court general order[s] entered in USA v. Victor M. Crown [Docket No. 1:14-CV-05402 NDIL] after I filed my answers to the civil case which affect or apply to general orders entered affecting rental payments to LPGP Management and the purchase of a condo at 5978 N. Lincoln Avenue after 4/7/2015.

[d] Proving that the Department of Justice used *unethical tactics* against Victor M. Crown to <u>coerce a legal settlement</u> in this civil case by directly/or indirectly interfering with a financial judgment and legal mandates I [and the Estate] obtained from the 7th Circuit Court of Appeals [Docket No. 11-1546, Docket No. 15-1745] in order to protect **Chicago Mayor Rahm Emanuel** from being compelled to comply with a "forensic audit" affecting the Shakman case – which affects improper use of Form 1099-MISC and efforts by opposing counsel to then mislead all the Shakman victims from compensation that they would be entitled to by bringing a proper legal motion and invoking IRS Publication 957 [Reporting Back Pay and special Wage Payments to the Social Security Administration] and other related IRS/SSA rules; and protecting **City Clerk Susanna Mendoza** from complying with a "mandamus" order mandating filing of

Rule 404B evidence including the full text of 1990/1997 city ethics ordinance backed by Alderman Jesus Garcia into a criminal case [Docket No. 1:99-CR-0047 NDIL].

[e] Proving that the Department of Justice committed legal fraud against the Lourdes Theodossis Estate in the civil case [with a fraudulent Proof of Service/Return of Service in December, 2014] and former City Treasurer Miriam Santos in the criminal case by illegally withholding timesheet evidence while **Bill Clinton was President, Hillary Clinton was First Lady,** Richard Daley was Mayor and Rahm Emanuel was serving in the Clinton Administration – and intentionally breaching the **Violence Against Women Act** and Section 1983/1985 and 1986 in 1998-2000 by failing to comply with a federal court order entered on 3/18/1999 [Docket No. 1:99-CR-0047 NDIL], negligently failing to turn over timesheets and records from the Board of Ethics negating counts [6][7] in the criminal indictment and establishing a "breach of fiduciary duty" by Daley/Emanuel though intentional failure to enforce the 1990 and 1997 city ethics ordinance in order to protect **Citibank FSB** from having to pay lobbying penalties and from being terminated on the City custody contract and therefore clearly establishing that the Clinton DOJ apparently violated federal rules, the "rule of law" and the 5th Amendment in order to obtain or coerce a fraudulent "guilty plea" from Ms. Santos in November, 2000 before District Court [in direct contempt of US District Judge George Lindberg]; and the Obama Administration has also engaged in similar unethical /unsavory tactics on legal service [with a tainted Proof of Service/Return of Service] to obtain a tainted or un-constitutional settlement of the civil case against the Estate [and Ind Admn] – since opposing counsel is unable to prove that the civil case was **properly served** 120 days after 7-16-14.

The LOURDES THEODOSSIS ESTATE and Independent Administrator [Victor M. Crown] was/is therefore in the civil case, along with the 7th Circuit Court of Appeals – taking/enforcing a PRINCIPLED STAND AGAINST FRAUD on legal service [and fraudulent PROOF OF SERVICE/RESTURN OF SERVICE filed on 12-16-14] and in full support of the 5th Amendment of the US Constitution which relates to DUE PROCESS or

that committing even a single violation of a discovery rule under FRCP37 or Local Rule would then provide a legal basis for the Estate to vacate/rescind or any agreement entered in the preparer case.

[f] Proving that the **Department of Justice** and opposing counsel intentionally _unethically violated_ the constitutional rights of Victor M. Crown [the Independent Administrator] in order to procure [extort] a legal settlement in the injunction case in which the DOJ used **unethical tactics**, including filing an "ex parte" motion, seeking non-germane discovery for the period of 2008-2011, attempting to deceive and/or mislead the court about IRS privacy rules {IRC 6103} while attempting to trick [pressure] the defendant [Victor M. Crown] into turning over material that is covered under privacy rules in order to FABRICATE a civil/criminal case against Victor M. Crown; improperly benefit the City of Chicago and failing to respond to the defendants' legitimate request for a protective order on 7/20/15 and collaborating with the **DOJ Office of Public Affairs** and the MEDIA to smear the Estate and the administrator while it was providing legal and political protection to **Lois Lerner** and posting defamatory/derogatory false information about Victor Crown on the internet – with the intent of blocking, stalling and delaying CF [Shakman] customers from obtaining tax relief, while silencing / "gaging" the defendant [the Estate] and the Administrator, and preventing the filing of "wrongful collection" suits with damages of $100000 per year/per mailing/per incident for all Shakman recipients; and failing to comply with the US Attorneys Manual own rules on **6-5.320 – Actions Under 28 USC 2410 – Procedures** – after the 7th Circuit Court of Appeals entered a correction on 6/12/2015 granting "statutory interest" for Victor M. Crown and Shakman victims from 5/26/2009 forward under the court's final legal mandate on that issue [which then finally protects the Estate, C&F and Accurate Accounting] from incurring legal liability from customers/former customers.

[g] Proving that the Department of Justice violated its own ethical rules [US Attorneys Manual] after the 7th Circuit Court of Appeals entered a correction [on 6-12-2015] providing statutory interest for Shakman

victims from 5-26-2009 forward; and a legal basis for all C&F customers to obtain damages/sanctions as a result of "improper collection action" in direct intentional violation of 26 USC 7432 and 26 USC 7433 and for the Estate to obtain tax relief and removal of penalties as a result of delays in processing Form 843 claims for refund/abatement and imposition of incorrect levies, liens and assessments which would be traceable to the City of Chicago Comptroller's office during 2011-2013 [and Ahmer Ahmad].

[h] Proving that the Department of Justice [opposing counsel] is now in the legal position of committing **settlement extortion against Victor M. Crown** and supporting an "illegal" act which was the intentional violation of protective order[s] entered for Victor Crown [the court-appointed administrator of the estate] [on 7-10-08, 7-31-08 and 4-3-09] by the Cook County Sheriff [Tom Dart] and his Deputies – "who stated on the record that 'we don't care what the [federal] judge does to [protect] – we are going to get you." – or opposing counsel who advised one of my clients that "we have to stop Victor Crown" and that it [stopping Victor Crown] from having a job, career or profession has/had to be done without any apparent regard for legal rules, court procedures, ethics, local rules, the US Constitution and the RULE OF LAW -- or to validate a fraudulent legal service and civil case injunction through *qualsiasi mezzo*.

[Note – the legal liability for the illegal act [which total $576892 in damages] falls directly on **Clerk of the Circuit Court Dorothy Brown** – who failed to establish, keep and/or maintain protective orders and to modernize record-keeping function of the her office in accord with the June 5, 2009 federal order[s] and has caused an enormous waste of taxpayer money [in legal settlements/judgments] as a direct result of her malfeasance /mismanagement of the Clerk's office and its basic record-keeping function. ]

[i] Proving that the Internal Revenue Service [IRS] sent FRAUDULENT letters [3176C] which **falsely [fraudulently]** claimed that defendants' successful and timely filed Shakman 2 appeal before the 7th Circuit was frivolous [when the claim itself was adjudged "not frivolous"; and that the Department of Justice was/is improperly protecting IRS employees [**Layne Carver, Carl Ochs**] who engaged in direct

intentional federal law violations [improper collection activity] from sanctions and/or legal [criminal] prosecution for mail fraud and by preventing/protecting IRS employees who violated federal law, failed to follow internal IRS rules and committed civil rights violations [Sec.1983, Sec. 1985, Sec. 1986] against Victor M. Crown and the Lourdes Theodossis Estate from being deposed by and also intentionally failing to report on IRS misclassification in the Shakman case affecting 1425 victims to the House Ways and Means Committee; and then seeking to prevent the disclosure of the legal/ financial misconduct or public testimony by Victor Crown involving/implicating the City of Chicago [Corp Counsel, City Comptroller [Ahmer Ahmad], CFO Lois Scott/CFO Carole Brown and **Mayor Rahm Emanuel**] and the Clinton DOJ [breach of the Violence Against Women Act] before Congress [**House Ways and Means Committee**] in order to limit exercise of 1st Amendment rights during the 2016 election year.

[Note – the legal liability assessed for the illegal act [$200000 in damages] relating to this case falls upon the Department of Treasury/IRS for direct/intentional violation[s] of **26 USC 7432** and **26 USC 7433** by Carver/Ochs which directly applies to "negligence" and fraudulent misclassification of my legal mandate[s] as frivolous when it wasn't – based on legal determination of the local IRS appeals office and the 7th Circuit] and that the $200000 damage claim for Crown and Franklin Accounting, Inc applies to the untimely filing of the civil injunction case on 7-16-2014 and false, derogatory, defamatory statements posted on the DOJ Office of Public Affairs website which/are designed to block, hinder and delay the 1425 other [Shakman] victims of improper collection actions [26 USC 7432, 26 USC 7433] from bringing a countersuit and obtaining a default judgment of $100000 per mailing, per year, per incident against the IRS/DOT and the United States DOJ to provide "political protection" to **Chicago Mayor Rahm Emanuel** during the 2015 mayoral election and cover-up **Ahmer Ahmad [City Comptroller]-CFO Lois Scott** emails and "negligence" in the Office of City Comptroller that affects incorrect tax forms [Form 1099-MISC] and <u>non-compliance</u> with IRS Publication 957 [Reporting Back Pay and Special Wage Payments to SSA], disclosure of the Daley/Emanuel "breach of fiduciary" duty affecting **Citibank FSB,**

non-enforcement of the city 1990-1997 ethics ordinances supported by Ald. Garcia and nondisclosure of Rule404b timesheet records in the Santos criminal case.]

[i] Proving that the settlement of this injunction case was the product of coercion and intimidation which is LIMITED only to future tax preparation and would impose **no limit/restriction** on the right of Victor Crown, C&F and or the Estate to bring a FRCP 62 motion/petition for a FORENSIC AUDIT against the City of Chicago [Emanuel/Daley] and a PATENT INFRINGEMENT action at the **Court of Federal Claims** since DOJ has failed to contest or challenge IRS waivers/patents granted to Victor Crown and has failed to vacate or overturn the legal "filing bar" imposed by the District Court on 5-26-2009; and that the City, County, State, federal government including the DOT/IRS is and will be then permanently enjoined from,

[1] ever filing legal papers in District Court against the Lourdes Theodossis Estate, C&F and/or Accurate Accounting without admitting [on the Internet website of the **DOJ Office of Public Affairs**] that this untimely civil injunction case filed on 7/16/14 against Victor M. Crown involved fraudulent Proof of Service/Return of Service and was filed for an improper purpose of delay and legal harassment;

[2] ever filing legal papers at the 7th Circuit Court of Appeals against the Lourdes Theodossis Estate, C&F and/or Accurate Accounting without admitting [on the Internet website of the **DOJ Office of Public Affairs**] that this civil injunction case filed on 7/16/14 against Independent Administrator Victor M. Crown involved fraudulent Proof of Service/Return of Service and was filed for an improper purpose of delay and legal harassment;

[3] ever submitting a BILL OF COSTS against Victor Crown, the Lourdes Theodossis Estate, C&F and/or Accurate Accounting and/or challenging the $56.80/hour rate set/affirmed by the IRS for the 2012-2014 tax years and the maximum earnings rate set by Social Security Administration [SSA] for the period of 1988 to 2015 as it would apply to the "prevailing party" legal position of Victor Crown on Shakman 1&2, the "prevailing party" position on the "expert fee" in the Barnett voting rights case, the Shakman cases

[PFranklin] and awarding of federal patents [#109200, #109529] which involves a tax preparation algorithm which can create an precise/accurate calculation of damages and is beneficial to state and local government along with all of the qui tam cases/claims under seal at the Illinois Court of Claims;

[4] **conceding**, as provided under 28 USC 2480 the "prevailing party" position of Estate/Victor M. Crown on a 2007 tax refund suit which includes statutory interest, back pay under the Shakman case and 7th Circuit financial mandate, withholding credits along with forwarding of the matter to the US Treasury [Judgment Fund] for remittance of the amount claimed/requested by the defendant [Victor M. Crown];

[5] **conceding**, as provided under 28 USC 2480 the "prevailing party" position of Estate/Victor M. Crown on a 2008 tax refund suit which includes statutory interest, back pay affirmed pursuant to the Shakman case and 7th Circuit financial mandate, withholding credits along with forwarding of the matter to the US Treasury [Judgment Fund] for remittance of the amount claimed by defendant [Victor M. Crown] which has overturned the Shakman monitor's $1500 award/by granting a $100000 back pay award instead.

[6] **conceding**, as provided under 28 USC 2480 the "prevailing party" position of Estate/Victor M. Crown on a 2009 tax refund suit which includes statutory interest, back pay affirmed pursuant to the Shakman case and 7th Circuit financial mandate of 9/20/2011 and 6/12/2015 [affirming statutory interest], withholding credits along with immediate forwarding of the matter to the US Treasury [Judgment Fund] for remittance of the amount claimed/requested by the defendant [Victor M. Crown];

[7] **conceding**, as provided under 26 USC 1311 [corrections] and 26 USC 2480 the "prevailing party" position of Victor M. Crown, Margaret Franklin on re-opening/ filing Form 1040/1040x amended returns for the entire period of 1988 to 2015 which include maximum rates set by Social Security Administration for work performed as an "expert witness" in any civil case, back pay assessed/affirmed against City of Chicago at the [$56.80/h] rate set by the 7th Circuit CA mandate and awarding of statutory interest

consistent with the rules of the IRS and the federal courts -- which will involve a mandamus order directing the immediate processing of Form 1040x amended returns for the 1988-2006 period.

| YEAR | BACKPAY Earnings credit | REFUND | RATE | USPS # |
|------|------|------|------|------|
| 1988 | $45000 | $494 | NA | 70142870000033830541 |
| 1989 | $48000 | $422 | NA | 70142870000033830558 |
| 1990 | $51300 | $2400 | NA | 70142870000033830565 |
| 1991 | $53400 | $665 | NA | 70142870000033830572 |
| 1992 | $55500 | $3785 | NA | 70142870000033830589 |
| 1993 | $57600 | $5945 | NA | 70142870000033830596 |
| 1994 | $60600 | $2951 | NA | 70142870000033830602 |
| 1995 | $61200 | $2095 | NA | 70142870000033830619 |
| 1996 | $62700 | $5432 | NA | 70142870000033830626 |
| 1997 | $65400 | $7336 | NA | 70142870000033830633 |
| 1998 | $68400 | $3039 | NA | 70142870000033830640 |
| 1999 | $72600 | $12141 | 9% | 70142870000033830657 |
| 2000 | $75200 | [$4488] | 8% | 70142870000033830664 |
| 2001 | $80400 | $360 | 7% | 70142870000033830671 |
| 2002 | $84900 | $1876 | 6% | 70142870000033830688 |
| 2003 | $87000 | $2009 | 5% | 70142870000033830695 |
| 2004 | $87900 | $1385 | 5% | 70142870000033830701 |
| 2005 | $90000 | $2739 | 6% | 70142870000033830718 |
| 2006 | $94200 | [$458] | 8% | 70142870000033830725 |

19yrs    $1301300    $50128 [excluding statutory interest]

[8] **conceding**, as provided under 26 USC 1311 [corrections] and 26 USC 2480 the "prevailing party" position of Lourdes Crown-Theodossis and statutory authority of Victor M. Crown [independent administrator] on re-opening/ filing Form 1040/1040x and Form 1041 estate tax returns for the entire period of 1962 to 1991 that includes the maximum rate set by Social Security Administration for all the work my mother performed in the safe-keeping/trust division of Continental Illinois National Bank; recovery of $89000 in "lump sum" pension contributions which were **fraudulently taken** through efforts at "rigging" Lourdes Crown's starting date at Continental Bank, qui tam awards under the state/federal False Claims Act [1986] which affect all the cases filed [under seal] at Illinois Court of Claims, statutory

interest derived from the correction of Form 1040/1040x joint returns [filed with Frank Theodossis] and designation of Lourdes Crown [my mother] as covered under IRS Form 8857 [as an innocent spouse].

[9] **conceding**, as provided under 26 USC 1311 [corrections] and 26 USC 2480 the "prevailing party" position of the Lourdes Theodossis Estate [EIN 90-6103419] and Victor M. Crown [independent administrator] on filing Form 843 refund/abatement claims for the period of 1988 forward and including an order for immediate processing of Form 843 abatement claims removing interest charges for 1996 [$195.78], 1997 [$148.71], 1998 [$133.90], 2000 [$113.95], 2001 [$122.08], 2002 [$106.07] and 2004 [$107.96]. This affects a notice of intent to seize [levy] property/rights to property issued on 10/5/2015 and the filing of Form 843 claims for abatement/refund with the Internal Revenue Service on 10-5-15.

| Year | Tax | Interest charges | USPS TRACKING # |
|------|--------|-----------------|---------------------|
| 1996 | $1042.73 | $195.78 | 70142870000033830862 |
| 1997 | $769.63 | $148.71 | 70142870000033830879 |
| 1998 | $688.99 | $133.90 | 70142870000033830886 |
| 2000 | $586.06 | $113.95 | 70142870000033830893 |
| 2001 | $628.20 | $122.08 | 70142870000033830909 |
| 2002 | $546.34 | $106.07 | 70142870000033830916 |
| 2004 | $558.59 | $107.96 | 70142870000033830923 |

[10] **conceding**, as provided under IRM 5.12.3 [federal tax liens] – partial lien release – that entry of this uncontested motion by the estate then directs and orders – under IRS rule 5.12.3.6 [10-14-2013] – a partial lien release affecting Victor M. Crown [independent administrator] for the 2010 tax year under IRM 5.12.3.6 (3) – which states "a partial lien release may also be generated when there are multiple tax liabilities on the NFTL and the taxpayer [the estate in this instance] requests a release for a specific tax liability that has been satisfied." – which then provides a proper legal basis for the State of Illinois Office of Illinois State Comptroller [Leslie Munger] to then immediately release [within 24 hours of this filing before the magistrate judge] 2009, 2010 and 2011 state back pay to the petitioner.

The IRS rules [IRM 5.12.3.6 (10-14-2013) on partial lien release [which would then free or clear the way for immediate release of 2009-2011 state back pay to the petitioner] and IRM 5.12.9 (10-14-2013) on special provisions for direct debit installment agreements – which require full payment of federal tax liability in 60 months [5 years] then provides a proper legal basis for issuance of Form 12277 [application for withdrawal of filed notice of federal tax lien] – since Victor Crown, was/is the "prevailing party".

[10] **conceding**, as provided under 26 USC 1311 [corrections] and 26 USC 2480 the "prevailing party" position of Margaret Franklin on opening/re-opening/ filing Form 1040/1040x and Form 1041 estate tax returns for the entire period of 2003 forward which include maximum rates set by Social Security Administration for work performed as the "retained expert witness" which would affect cases filed [under seal] at Illinois Court of Claims including 06CC1802 [69WWashingtonLLC] and work performed in the Shakman 2 [county Bill of Costs] and a timely filed claim submitted to the Illinois Workers Compensation Commission [IWCC] [07WC3169 – by Victor M. Crown] against City of Chicago.

[11][a] **conceding**, as covered under IRC 7430 legal right of Estate for reasonable litigation costs[NC/KN];

[11][b] **conceding**, as provided under 26 USC 1311 [corrections] and 26 USC 2480 the "prevailing party" position of Karen Nagel on opening/re-opening/ filing Form 1040/1040x tax returns for the entire period of 1988-2015 which would include the maximum rate set by Social Security Administration [SSA] for work performed as Assistant Corporation Counsel for City of Chicago which would also apply to settlement of any legal claim under the Shakman Consent Decree [2007] and any attempt to cheat Ms. Nagel out of consideration for a position with the Office of Corporation Counsel between 1986-1990.

[12] **conceding**, as covered under 28 USC 1927 the BILL OF COSTS for Barnett, Shakam1-2 expert fees and Shakman 2 damage claim [of $576892] filed [legally served] upon County of Cook [by the Lourdes

Theodossis Estate for consideration at the 1st county board meeting after entry/legal service of this FRCP motion before the magistrate judge. The BILL OF COSTS for Barnett voting rights case [$369467], Shakman 2 [$934665] employment discrimination case [which was timely filed on 5-12-08] are then filed [and legally served] upon City of Chicago City Clerk [by estate and Victor M. Crown, pro se] for consideration at the 1st city council meeting after legal service of FRCP motion before magistrate judge.

The motion requesting a mandamus order under FRCP21[a] was filed by the 7th Circuit in Case 11-1546 on December 27, 2011 and is being enforced by the filing of the Estate before magistrate judge.

[13] **conceding**, as provided under a federal court decision, Loving v. US – that IRS now lacks statutory authority to regulate registered tax preparers after February, 2014 under Section I of Form 2848 – which means that this civil injunction case filed on 7/16/14, which included docketing of a fraudulent proof of service/return of service on 12/16/14 --is then trying to enjoin me from doing what I can no longer do since the legal jurisdiction for this civil suit appears now to be lacking or is seriously diminished.

[14] **conceding**, as provided under IRS Form 6118 the legal right of Crown and Franklin Accounting, Inc. to an immediate refund of tax preparer/promoter penalties [$10000] based upon the earlier decision granting/approval of IRS waivers [2013-2014] and vacating IRS penalties assessed for 2010-2011 under IRS 6694/6695 [a][b] for taking an "unreasonable position" – which are now construed as "reasonable" because of the waivers/patents which were not challenged by the Department of Justice [DOJ] in the FRAUDULENT civil injunction suit against Victor Crown [the Independent Administrator]; and also

[15] **conceding**, as provided under IRS rules, removal of all interest penalties for the estate for 1997-2004 – with entry of a mandamus order to process Form 843 claims for refund/abatement.

[16] **conceding**, as provided under federal rules and local rules, the legal right of Victor M. Crown and the Estate to bring, enter and enforce, upon entry in federal court [by the magistrate judge] this un-

contested motion to strike [and dismiss] a [federal tax lien – of $19722] filed with the Cook County

Recorder of Deeds [Docket #1422412016] on 8/12/14 after 10-5-2015; a motion to strike [and dismiss] a

[state tax lien – of $1428] on 12/9/11 after 10-5-2015 filed with the Cook County Recorder of Deeds

[Docket #1134326127]; underline affirming "reasonable cause" affecting immediate removal [abatement] of

interest/penalties by the **Illinois Department of Revenue** for the 2001 [$71.40-penalty, $274.84 –

interest], 2006 [$128.84-penalty, $157.04-interest], 2013 [$248.52-penalty, $90.38-interest] and 2014

[$580.00-penalty, $79.18-interest] – affirming state income tax withholding credits for 2001 [$2412],

2006 [$2826], 2013 [$5685] and 2014 [$5907], affirming immediate [prompt] remittance of [statutory]

state back pay [wages, tips and other compensation] for 2009 [$89692], 2010 [$97645] and 2011

[$97645] from the **State of Illinois Office of Comptroller** [Leslie Munger]/Governor Bruce Rauner **[no

later than 24 hours after this motion is filed] [entered]** before the federal Magistrate Judge at US

District Court – with ALL the legal, financial and liability for any legal delay[s] in the administration of

justice placed at the doorstep of **Mayor Rahm Emanuel** after State of Illinois Comptroller complies with

the federal order and imposes [enforces] its own financial lien against the City of Chicago delaying

statutory payments in the Shakman case and compliance with the legal mandates of the 7th Circuit CA.

[16] **conceding**, as provided under federal rules and local rules, the legal right of Victor M. Crown

[Independent Administrator] to bring, enter and enforce, upon entry in federal court [by the magistrate

judge] this un-contested motion affirming [granting] Form 843 claims for refund/abatement for

1992 [$1465] –incorrect penalty/assessments [code 166, 170, 196 276][USPS #70142870000033830732]
1993 [$5956] –incorrect penalty/assessments[code 166, 170, 196, 276][USPS #70142870000033830763]
2005 [$973] – incorrect penalty/assessment of interest [code 190][USPS #70142870000033830770]
2010 [$3337 – USPS 70142870000033830510]
2011 [$25 – USPS 70142870000033830503]
2013 [$330 – USPS70142870000033830497][failure to pay]
2013 [$413 – USPS70142870000033830473][failure to file]
2013 [$455 – USPS70142870000033830480][incorrect interest charges/assessments]
2013 [$10000 – USPS70142870000033830534][improper collection action caused by City of Chicago]

With ALL of the legal liability for any delay[s] in the administration of justice and incorrect or improper collection action [levy/liens and notations on my individual credit report then placed at the doorstep of City of Chicago [Corporation Counsel/Mayor] – as a direct result of the failure of the City of Chicago to comply with the legal financial mandate entered by the 7th Circuit Court of Appeals on 9/20/11 [a mandamus order directing forwarding of the matter to the Chicago City Council in 2012 and a financial correction on statutory interest [of $90333] for petitioner from 5/26/09 forward entered on 6/12/15.

With ALL of the legal liability and damages caused for any improperly assessed bank overdraft fees incurred by Victor M. Crown, the Estate and/or Crown and Franklin Accounting, Inc at Lakeside Bank, Chase Bank [2008-2009], MB Bank, US Bank and Bank of America for the period of 1/1/96 forward is then placed solely at the doorstep of City of Chicago [Mayor Richard M. Daley, Mayor Rahm Emanuel, the City of Chicago Office of  Corporation Counsel MGeorges/SPatton] as a result of the malicious prosecution of Victor M. Crown, Lourdes Crown-Theodossis [decedent], Frank Theodossis [decedent] by the City of Chicago Department of Buildings [from 1998-2002] and the intentional "rigging" of a Shakman2 claim which was submitted to the City of Chicago [OIG-David Hoffman] on 5-12-2008 and failure of the City of Chicago to comply with all of the legal [financial] mandates entered by the 7th Circuit Court of Appeals on 9-20-11 and 6-12-15 and/or any unethical and illegal attempt by the City of Chicago [lawyers/Corporation Counsel] to use, directly or indirectly any legal settlement in the tax preparer civil suit [which has a fraudulent Proof of Service/Return of Service] to avoid legal, financial and political liability for FRCP 54 judgments entered by Estate and/or Victor M. Crown [independent administrator].  The City was/is therefore remaining liable for a direct violation of the Shakman Accord in 2008 and failure to comply with the accord's legal notice requirements and direct, intentional failure to comply with the ACLU CD and ACLU MCD by City of Chicago Dept of Buildings from 1996 forward.

I am requesting that the DOT Judgment Fund then immediately comply with the legal/financial mandate affirmed by the 7th Circuit Court of Appeals on 9/20/2011 within 5 business days of filing and that the USDOJ now "cease and desist" from causing any delay in the administration of justice by acting in "good faith" with respect to any financial judgments I obtained from 2008 forward, and formally agreeing, as for the resolution of this case – that any delay in either remitting a back pay judgment, remitting statutory interest, remitting the precise amount of FRCP54 judgments that have been delayed by the government, remitting the precise amount of the related BILL OF COSTS [Shakman 1-2, Barnett, and settlement of the damage claim affecting the County of Cook at the next board meeting] and related "expert fees" to Victor M. Crown and Margaret Franklin, remitting and obtaining corrections from the Social Security Administration, through electronic funds transfer [EFT] NO later than 30 days after filing to avoid a legal finding of intentional "bad faith" by the federal government/DOJ/IRS/SSA which would provide legal grounds for the filing of a motion to vacate [terminate] settlement of this civil injunction.

[14] **conceding**, and now affirming the legal sanction [filing bar] entered by US District Judge Wayne Andersen to permanently "bar" the defendant[s][City of Chicago, County of Cook and State of Illinois and any retained legal counsel representing Mayor Richard Daley or Mayor Rahm Emanuel from ever filing legal paperwork in violation of the federal order of 5-26-2009 [1:69-cv-2145 NDIL] – and that each of the "non-party" defendants [City of Chicago/County of Cook/State of Illinois] are, directly or indirectly therefore now permanently enjoined from ever contesting, altering or revising the amounts of the FRCP 54 back pay judgment[s] for Victor Crown, earning corrections and remittance of statutory interest obtained by the defendant [Victor M. Crown, Independent Administrator] as well as the BILL OF COSTS filed by Victor M. Crown for Shakman 1 [on 9-3-2008], Shakman 2 [on 9-30-2013 – City of Chicago], Barnett voting rights [on 9-27-2013], and Shakman 2 on 11-12-13 – County of Cook damage claim]

[15] **conceding**, and now affirming the "prevailing party" legal position of the Lourdes Theodossis Estate and Victor M. Crown [Independent Administrator] on the legal motion filed under the Federal Rules of Civil Procedure [FRCP] on 4-3-2009 in the Shakman case which includes the foregoing qui tam claims [and statutory payments] which have been submitted and are under seal at the Illinois Court of Claims.

I am requesting that the **DOJ Office of Public Affairs** and the **White House legal counsel** therefore affirm [post] on their **Internet Websites – within 5 days of this filing under FRCP 41[b]** that the civil injunction case filed against the Estate on **7/16/2014** was/is not **"properly before the court"** [with a "fundamental defect in the proceeding"] – which is that the federal court record[s] shows that defendant [Victor Crown] was not properly served] and because of fraudulent legal service, IRS misclassification and a FRCP Rule 37 violation any agreement with the estate [or CF/Accurate Accounting and Administrator Victor M. Crown] will be **un-constitutional** and that Congress should then affirm [pass] a resolution allowing defendant Victor M. Crown and the Lourdes Theodossis Estate] and other victims of DOJ rule violations to vacate any injunction due to even a single **RULE VIOLATION** and the Estate [and Victor Crown] would then have leave to file – with either District Court or the 7th Circuit – a motion to vacate.

The claims submitted to the Judgment Fund and filed by the District Court Clerk under the legal jurisdiction and authority of the Magistrate Judge are therefore all legally valid – and constitute the defense [counterclaim] or legal settlement of this civil case since **Mayor Rahm Emanuel** is remaining in direct/indirect contempt of this court and federal judge [James Zagel] by failing [refusing] to comply with a mandamus order entered after 4-7-2015 and obstructing, directly or indirectly -- the 7th Circuit correction order of 6-12-15 mandating **$90333** in statutory interest for defendant Victor M. Crown.

The failure to comply with the correction order [EFT] and direct contempt of Judge Zagel's court means that **Mayor Emanuel** is now prepared to have a GARNISHMENT order entered/enforced affecting his press office, administrative staff, Corporation Counsel, City Clerk Mendoza and City Treasurer Summers – and is joining other local officials [like **Kim Davis**] who defy federal authority and the RULE OF LAW. This is apparently being done because of Mayor Emanuels' EGO and ABSOLUTE contempt for the RULES and because Mayor Emanuel is not really supporting, and is in fact **undermining President Obama** by also refusing to support the President on providing "tax relief" [Latino Express NLRB order], failing to support the President/DOJ on **Shelby County v. Holder [voting rights case]** and continuing to allow Citibank FSB to remain as the city's custody bank in direct/intentional violation of the citys' ethics rules.

The motion settlement of this civil case also includes affirmative remittance of qui tam awards to the Lourdes Theodossis Estate and Independent Administrator Victor M. Crown under the federal False Claims Act [1986] affecting false statements made to federal agencies [SEC][IRS] by the following:

[a] **Citibank FSB** [false SEC statements filed which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 1 – Docket No. 1:99-CR-0047] which affects a state case filed [under seal] with Illinois Court of Claims [06CC0164] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to Richard M. Daley while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

The prosecutorial misconduct also occurred while **Michael Daley** was legally representing Citibank, FSB. The prosecutorial misconduct also occurred while **Dan Hynes** was serving as Illinois State Comptroller.

The prosecutorial misconduct also occurred while **Victor Reyes** served in the Mayors' Office of Intergovernmental Affairs – and was directly involved with a group known as Hispanic Democratic Org. The prosecutorial misconduct involved the City of Chicago Office of Corporation Counsel [MForti].

This court filing includes reference to a city ordinance that now provides a legal basis to terminate the Citibank custody contract with City of Chicago and to enjoin **City Treasurer Kurt Summers** from including Citibank on any list of municipal depositories and for the Progressive Caucus to bring an amendment removing Citibank FSB from that list and for Illinois Republicans [including **State Comptroller Leslie Munger** and Governor Rauner] to reaffirm a "pro-Topinka" legacy on financial accountability/ethics and to suppress the votes of **City Clerk Susanna Mendoza** in the City of Chicago during the 2016 campaign for State Comptroller since Ms. Mendoza apparently placed <u>her political loyalty to Mayor Emanuel</u> ahead of her own legal duties and is now prepared to lose a statewide election because of the entry of this motion, entry of a federal civil contempt finding and suppression of her votes in downstate Illinois.

[b] **JPMorgan Chase** [false SEC statements which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 5 – Docket No. 1:99-CR-0047] which affects a state case filed [under seal] with Illinois Court of Claims [05CC3582] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **William Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady]. This court filing includes record exhibits which establish that JPMorgan Chase directly violated federal court protective orders entered by District Judge Wayne Andersen at the same time that William Daley was serving as Midwest Chairman of JP Morgan Chase by ignoring the "protective" orders obtained by Victor Crown and incorrectly assessing overdraft fees between April, 2009 and October, 2009.

The prosecutorial misconduct also occurred while **Richard M. Daley** was Mayor of the City of Chicago.

The prosecutorial misconduct involved the City of Chicago Office of Corporation Counsel [MForti].

[c] **Bank of America** [false SEC statements which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 3 – Docket No. 1:99-CR-0047] which affects a state case filed [under seal] with Illinois Court of Claims [06CC2009] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **William Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

The prosecutorial misconduct also occurred while **Richard M. Daley** was Mayor of the City of Chicago.

The prosecutorial misconduct involved the City of Chicago Office of Corporation Counsel [MForti].

[d] **Paine Webber** [false SEC statements which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 3 – Docket No. 1:99-CR-0047] which affects a state case filed [under seal] with Illinois Court of Claims [06CC2009] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **William Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

The prosecutorial misconduct also occurred while **Richard M. Daley** was Mayor of the City of Chicago.

The prosecutorial misconduct involved the City of Chicago Office of Corporation Counsel [MForti].

[e] **Fuji Securities, Inc** [false SEC report filed which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 8 – Docket No. 1:99-CR-0047] which affects a state case filed [under seal] with Illinois Court of Claims [05CC3582] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **William Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

The prosecutorial misconduct also occurred while **Richard M. Daley** was Mayor of the City of Chicago. The prosecutorial misconduct involved the City of Chicago Office of Corporation Counsel [MForti].

[f] **Pryor McClendon Counts** [false SEC report filed which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 2 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [06CC2007] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **William Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

The prosecutorial misconduct also occurred while **Richard M. Daley** was Mayor of the City of Chicago. The prosecutorial misconduct involved the City of Chicago Office of Corporation Counsel [MForti].

[g] **Dain Rauscher, Inc** [false SEC report filed which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 2 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [06CC2007] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to

provide political/legal protection to **William Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

[h] **City of Chicago Board of Ethics [MOTION TO QUASH SANTOS SUBPOENA/MFORTI]** failure to disclose **non-compliance** with the 1990/1997 City of Chicago ethics ordinance {Count 6/7 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [05CC3580] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **Richard Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

The failure to disclose involved false ethics statements by City of Chicago employees [JHenry, PErrera] and an incorrect "origination" date involving the Daley/Santos conflict by Atty. MForti [Corp Counsel] along with massive document shredding by the **City of Chicago Board of Ethics** [and a testifying witness in the criminal case] and illegal withholding of Rule 404b timesheet evidence by the City of Chicago.

[i] **City of Chicago Comptroller [MOTION TO QUASH SANTOS SUBPOENA/MFORTI]** failure to disclose **and turnover Rule 404b evidence [TIMESHEETS]** {Count 6/7 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [06CC2149] and other public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **Richard Daley** while **Miriam Santos** was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

The failure to disclose involved timesheet evidence and tax records by City of Chicago Comptroller/ and an incorrect "origination" date involving the Daley/Santos conflict by Atty. MForti [Corp Counsel] along with improper/unethical withholding of Rule 404b evidence [timesheets][tax records] by City of Chicago.

The political/legal protection was also provided to **William Daley** – the chairman of Vice President Al Gore's presidential campaign – who was less than diligent in supporting the civil/constitutional rights of Miriam Santos in 1999-2000 along with Latino voting rights in 2000 [in Florida]; and to **Rahm Emanuel** [who has advocated massive deportation of immigrants] and is currently seeking to cover up city e-mail records involving his administration and/or e-mails involving convicted criminal [Comptroller] Ahmer Ahmad and former **CFO Lois Scott** – who failed to comply with a legally issued subpoena at USTaxCourt. The City of Chicago has also failed to comply with a legal request for certification of records involving a Form 941C filed by Victor Crown [the Independent Administrator] on 9-18-2014 affecting this civil case.

[j] **DH Brush, Inc** [false SEC report filed which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 11 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [06CC2008] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **William Daley** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

[j] **Everen Securities, Inc.** [false SEC report filed which understated liability on 10K/12K reports from 1997 forward] due to non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 12 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [06CC2158] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in

order to provide political/legal protection to **David Wilhelm** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration and Hillary Clinton was First Lady].

[k] **Continental Bank [Bank of America – successor]** [false SEC report filed which understated legal liability on 10K/12K reports from 1991 forward] due to non-compliance with the 1990 City of Chicago ethics ordinance supported by **Alderman Jesus Garcia** {Count 1 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [06CC2009] and the "rigging" of employment/tax records [notating the correct employment starting date] of Lourdes Crown-Theodossis to cheat the Estate of $89000 in lump-sum pension contributions in order to provide legal protection to persons affiliated with the **Democratic Party** while Miriam Santos was City Treasurer [and while **Rahm Emanuel** was serving in the Clinton Administration [advocating massive deportation of immigrants] and Hillary Clinton was First Lady and remaining "indifferent" and/or "hostile" to the civil rights of Ms. Santos during the criminal trial [1:99-cr-0047 NDIL] along with the civil SEC case which was before Judge Zagel.

[l] **City of Chicago Department of Buildings** – malicious prosecution of Lourdes Crown-Theodossis, Frank Theodossis and Victor M. Crown [independent administrator] from the period of 1998-2001 after Mr. Crown was retained as the "expert witness" in a voting rights case called Barnett v. Daley [1:92-CV-1683] – which, as a whole intentionally violated the ACLU Consent Decree and ACLU Modified Consent Decree and directly retaliated against the court appointed administrator for fulfilling a "statutory position".

[m] **Morton Hotel JV [State/County case]** --[false report filed which understated liability on financial reports from 1991 forward] because of violations of the County lobbyist registration ordinance along with non-compliance with the 1990/1997 City of Chicago ethics ordinance {Count 12 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [05CC3346, 05CC3348] and

public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003] in order to provide political/legal protection to **Paul Stepan** while Miriam Santos was City Treasurer [and while Rahm Emanuel was serving in the Clinton Administration [and advocating massive deportation of immigrants] and Hillary Clinton was First Lady].

[n] **69 West Washington [State/County case]** --[false report filed which understated liability on financial reports from 1991 forward] because of violations of the County lobbyist registration {Count 1 – Docket No. 1:99-CR-0047] and a state case filed [under seal] with Illinois Court of Claims [06CC1802] and public disclosures which establish/affirm prosecutorial misconduct by the Clinton DOJ [1998-2003].

The District Court should be advised that if there is <u>ever any delay longer than 24 hours on electronic funds transfers [EFTs] and/or any material non-compliance</u> with any federal court mandamus order by either SSA or IRS or any direct/indirect breach of any federal protective order against either Victor M. Crown, C&F, Accurate Accounting and the Estate I will then have affirmative legal grounds to FILE a motion under FRCP Rule 41[b] to vacate the civil case [agreement/settlement] against Victor Crown, the Estate, C&F and Accurate Accounting and to then seek sanctions as provided under **26 USC 7432** and **26 USC 7433**; and to affirm a PERMANENT INJUNCTION AGAINST THE INTERNAL REVENUE SERVICE regarding the "prevailing party" position of Victor M. Crown on Shakman 1 and Shakman 2, the "expert witness" fee in the Barnett voting right case and qui tam claims filed with the State of Illinois Court of Claims, statutory interest in the Shakman case from 5-26-09 forward for all 1425 others covered under the Shakman 1-2 accord settlement and affirmation by the USDOJ of the filing bar [legal sanction] that was entered by the District Court after FRAUD was committed against defendant [ESTATE] and an order striking the June, 2014 certification that City of Chicago was "in compliance" on the Shakman Accord – which clear[s] the way for 1425 Shakman recipients to file **[floodgate] damage claims** against **Mayor**

**Rahm Emanuel** because Rahm Emanuel and the Office of Corporation Counsel are demonstrably against the **RULE OF LAW** and liable for this fraudulent injunction case, and defending the city [Corporation Counsel] 3rd party motion to block a Santos subpoena to Board of Ethics filed by Attorney Michael Forti [a law school classmate of Craig Vargas – the husband of Shakman monitor Atty Noelle Brennan] and the *unethical "rigging"* of my Shakman 2 claim from **timely filed** on 5-12-08 to **untimely filed** on 11-4-08.

The Estate will therefore invoke an affirmative right to strike and/or vacate the entire civil injunction case should there be even <u>one act of "bad faith"</u> or trickery or delay or any federal rule violation traceable to any LICENSED ATTORNEY for DOJ or if the federal government and the Department of Justice [DOJ] ever fails to admit that the civil case seeking a permanent injunction against Victor Crown had a FRAUDULENT PROOF OF SERVICE and RETURN OF SERVICE and that the resolution of this case involved SETTLEMENT EXTORTION committed against the Lourdes Theodossis Estate and Independent Administrator Victor M. Crown and that the only legal concession that Victor Crown [as an individual] and the Lourdes Theodossis Estate is obligated to make and is affirming is an agreement not to file Form 1040, Form 1040x, Form 1041 and Form 843 for other persons after docketing of the motion;

The Estate therefore invokes, with this filing requisite legal standing to bring a motion to strike and/or vacate the entire civil injunction case if there is any un-reasonable delay in any federal agency [IRS, SSA, DOL] compliance with any federal court order or if the Department of Justice [DOJ] Office of Public Affairs fails to immediately remove any derogatory, defamatory information about Victor Crown [the administrator], Crown and Franklin Accounting, Inc., Accurate Accounting and fails to **concede** that the cross-claim and cross-complaint was timely filed, valid and that the administrator would be the "prevailing party" on the Estate's cross-complaint/claim – and would be able to affirmatively establish that a tarnished <u>slate of Democratic candidates</u> linked to **Mayor Rahm Emanuel** including: **Hillary**

Rodham Clinton [who has been less than supportive of President Obama's [pro-Elizabeth Warren] legacy on the Dodd-Frank Wall St reform bill [which includes heavy financial sanctions against banks and financial institutions who didn't act in "good faith" and delayed mortgage restructuring], and would not likely pursue any civil/criminal sanctions against Citibank FSB based on its false testimony and false SEC statements in the Santos case or against other Dodd-Frank violators she is linked to by **her e-mails** and campaign contributions], **Susanna Mendoza** [who is extremely hostile to Commissioner Jesus Garcia and his "reasonable"/mainstream position on auditing the books at City Hall and affirming the progressive position of Judy Topinka on the Santos Case], **Anita Alvarez** [who has delayed the release of innocent men and is in a position of supporting the "illegal" 2009 eviction of Victor Crown, failed [along with the head of the States' Atty financial crime section to pursue financial crimes committed against victims of predatory lending and fraud committed against the Cook County court system and is currently holding up the county compliance with a 7th Circuit mandate/order in this motion, police torture at the hands of Jon Burge, and obstructing the truth in the Koschman case] and **Andrea Zopp** [who voted for the Suppes Contract] and is "indifferent" to the civil rights of Miriam Santos [because she is Daley's candidate for the US Senate and was [indifferent] while Santos was opposing Morton Hotel JV in 1991.

The Estate [separately] is asking District Court to dismiss civil injunction case [with prejudice] because of **constitutional law violations,** breach of the **US Attorneys Manual,** violation[s] of the Hatch Act [by DOJ Office of Public Affairs] and improper collection[s] affecting **26 USC 7432** [Shakman award recipients]

The Estate [separately] then asks the District Court, upon filing of this motion under FRCP 41[b] to enter an order then terminating the entire civil case with prejudice because of rule violation[s], fraud on Proof of Service/ Return of Service in December 16, 2014 and violation[s] of the court's procedural rules

including a FRCP 37 [discovery violation] and also because of the DOJ intentional non-compliance with **28 USC 2410 [b]** and other federal laws after the 7th Circuit correction order was entered on 6-12-2015.

The Estate Administrator Victor M. Crown herewith asks District Court [magistrate] to, upon entry: **affirm** the **US Constitution** and strike [fraudulent Proof of Service/Return of Service] filed 12-16-14, **stay** IRS preparers' ID [**P30763283**][2011] authority pending final resolution of civil injunction case and **[re]- affirm** USPTO patents issued to Crown-Franklin Acct. Inc. on 9/28/12 [#109200, #109529] and federal waivers [#10008, #10055 – state withholding, #10147–Latino Express] issued 1/31/13 and 2/27/14. The stay on the IRS preparer ID [P30763283-expired][2011] legal authority is filed under **Loving v. USA** which removes legal authority for DOT/IRS to even regulate tax preparers – and has mooted this civil case.

The Estate Administrator Victor M. Crown is then asking this court and the federal magistrate judge to enter a **federal lien** against City of Chicago and provide for enforcement of financial mandates affirmed in my favor and entry of mandamus order[s] to settle, clear and resolve the civil case on tax preparation.

Respectfully submitted,

Victor M. Crown
Independent Administrator
Lourdes Theodossis Estate

This order specifically applies to the Notice of Patent Claim filed on 4/7/2015 by defendant [Victor M. Crown – Independent Administrator of the Lourdes Theodossis Estate] and applies to an Executive Committee order entered 5/3/2007 [by Chief Judge James Holderman] which provides legal authority for a Writ of Mandamus under 28 USC 1651/28 USC 1652 for the "prevailing party" [Victor Crown].

This order also specifically applies to an Executive Committee order entered 6/23/2008 [by Chief Judge James Holderman] which provides legal authority for the "prevailing party" to enforce the judgment on Shakman1; and for legal authorization to enforce the timely filed Shakman2 claim of 5/12/2008 – which was finally confirmed by the 7th Circuit Court of Appeals on 9/20/2011 [Shakman2] and 12/27/2011 [voting rights expert fee] – with the related BILL OF COSTS filed on 9/27/2013 [voting rights expert fee], 9/30/2013 [Shakman2 – including expert fee] and 11/12/2013 [Shakman2 – county damage claim].

The Lourdes Theodossis Estate was/is also covered under an Executive Committee order entered 12/13/2007 which affects enforcement of judgment[s] affecting the State of Illinois Office of Comptroller which related to [a] 05 CC 1657 – statutory state back pay [for 2003- 2011]; and [b] 06 CC 2009 qui tam award under the federal False Claims Act affecting Continental Bank.

## VI. ENTRY OF COURT ORDERS

[A][1]—All orders, decrees, judgments and proceedings of the court will be filed in accordance with this General Order and will constitute entry on the docket kept by the Clerk of the Court under Fed. R. Civ. P. 58 and 79 and Fed. R. Crim. P. 49 and 55. All signed orders will be filed electronically by the court or court personnel. Any order filed electronically by the court or court personnel without the original signature of a judge [or, where applicable the Clerk of the Court] has the same force and effect as if the judge or the Clerk of the Court had affixed the Judge's or Clerk of the Court's signature to a paper copy of the order and it had been entered on the docket in the manner otherwise provided.

[2] – The Clerk of the Court may establish additional procedures for filing, creating and storing electronic versions of orders, decrees and judgments.

**28 USC 1651 – Writ of Mandamus [Peremptory]** ordering the Internal Revenue Service [Fresno, CA] to immediately process without delay prior to 10-2015 - Form 1040x [amended returns – 1988-2006 under 26 USC 1311-1314 and Form 843 refunds and abatements for 1992, 1993 and 1995 that were filed by Victor M. Crown [Independent administrator of the Lourdes Theodossis Estate]

**28 USC 1651/28 USC 1652 – Writ of Mandamus [Peremptory]** ordering the State of Illinois Office of Illinois State Comptroller [Leslie Munger] to process within 24 hours of this filing in federal district court, a warrant for statutory state back pay for Victor M. Crown, Independent Administrator for[wages, tips and other compensation] for 2009 [$89692], 2010 [$97645] and 2011 [$97645] – which is also covered under the 12/13/2007 executive committee order that was signed by Chief Judge James Holderman.

**28 USC 1651/28 USC 1652 – Writ of Mandamus [Peremptory]** ordering State of Illinois Office of Illinois State Comptroller [Leslie Munger] to process within 24 hours of this filing in federal district court, certification establishing legal compliance with order[s] filed by District Court on 7/20/15 [#58] and 8/3/2015 [Document #61]– requiring production of warrant [check] in the precise amount of $69240.

**28 USC 1651 – Writ of Mandamus [Peremptory]**, as provided under 31 USC 1304[a] and General Order [09-014 – modernization signed by Chief Judge James Holderman on 6-5-2009] ordering the Department of the Treasury [Judgment Fund] to process [within 5 business days] the following claims submitted by Victor M. Crown [independent administrator] and federal rules:

[1] BILL OF COSTS [$42438] filed on 9/3/2008 [affirmed 6/23/2008];

[2] 2007 back pay, statutory interest and damages [$134435] which is covered under 26 CFR 301.7433-1 – civil cause of action for unauthorized collection actions;

[3] 2008 back pay and statutory interest [$107965] as covered under the 7th Circuit mandate;

[4] 2011 damages [$100000] which is under 26 CFR 301.7433-1 – civil cause of action for unauthorized collection actions and affects a false/fraudulent IRS letter issued on 8/19/2015 after the 7th Circuit correction [6/12/2015] and mandate was entered on 8/14/2015 – and after DOJ defaulted on 9/4/2015;

[5] Form 194/196 [Judgment Fund transmittal – filed by clerk/signed by magistrate judge] applies to the financial judgment filed by the 7th Circuit Court of Appeals [clerk] on 9/20/2011 [and legally served upon the City of Chicago Comptroller on 9/29/2011 at 2:06 PM] while Rahm Emanuel was the Mayor.

The filings submitted to the JUDGMENT FUND [Form 197][sensitive but unclassified] by Victor Crown [Independent Administrator] are therefore [filed] pursuant to 31 USC 1304[a] and enforced under the legal authority [signature] of the Magistrate Judge and affect or apply to: [1] BILL OF COSTS [$42438] filed on 9/3/2008 [affirmed 6/23/2008]; [2] 2007 back pay, statutory interest and damages [$134435] which is covered under 26 CFR 301.7433-1 – civil cause of action for unauthorized collection actions; [3] 2008 back pay and statutory interest [$107965] as covered under the 7th Circuit mandate; [4] 2011 damages [$100000] which is under 26 CFR 301.7433-1 – civil cause of action for unauthorized collection actions and affects a false/fraudulent IRS letter issued on 8/19/2015 after the 7th Circuit correction [6/12/2015] and mandate was entered on 8/14/2015 – and after DOJ defaulted on 9/4/2015; and [5] Form 194/196 [Judgment Fund transmittal – filed by clerk/signed by magistrate judge] applies to the financial judgment filed by the 7th Circuit Court of Appeals [clerk] on 9/20/2011 [and legally served upon the City of Chicago Comptroller on 9/29/2011 at 2:06 PM] while Rahm Emanuel was the Mayor.

**28 USC 1651 – Writ of Mandamus [Peremptory]**, as provided under federal rules – ordering the Cook County Clerk to forward, for consideration at the 1st county board meeting after entry-the BILL OF COSTS on the county damage claim legally served 11/12/2013 [county damage claim - $576892] which affects 28 USC 1924 and covers an illegal eviction of Victor Crown by the Cook County Sheriff on 7-16-2009.

**28 USC 1651 – Writ of Mandamus [Peremptory]**, as provided under federal rules – ordering the Chicago City Clerk to forward, for consideration at the 1st city council meeting after entry-the BILL OF COSTS on the Shakman2 claim legally served 9/30/2013 [Shakman2 - $934665] which affects 28 USC 1924 and covers a timely filed employment discrimination claim submitted to City of Chicago on 5-12-2008.

**28 USC 1651 – Writ of Mandamus [Peremptory]**, as provided under federal rules – ordering the Chicago City Clerk to forward, for consideration at the 1st city council meeting after entry-the BILL OF COSTS on the Barnett [expert fee] legally served 9/27/2013 [Barnett - $369467] which affects 28 USC 1924 and covers remittance of an "expert" fee to Victor M. Crown [independent administrator].

28 USC 1651 – Writ of Mandamus [Peremptory], as provided under federal rules – placement of a federal tax lien upon the City of Chicago City Treasurer/Comptroller and city bank accounts [custodial] for Bank of America, JP Morgan Chase and Citibank FSB to separately cover, in [3] increments of $30111 – the $90333 in "statutory post-judgment interest" [awarded] by the 7th Circuit CA on 6-12-2015.

28 USC 1651 – Writ of Mandamus [Peremptory], as provided under federal rules – compliance with General Order 09-014 filed on 6-22-2015 which orders Social Security Administration [SSA] to process, on or before 11/3/2015, an adjustment [correction] of the earnings records for petitioner [Victor M. Crown][based upon a US Supreme Court decision – Social Security Board v. Joseph Nierotko 327 US 358 (1946) [Social Security Ruling 83-7] and the rules and procedures of the Social Security Administration Program Operations Manual System [POMS][RM 03870.001 – earnings record – 1998][RS 01401.140 – allocating back pay – 2008][RS 02201.035 – prior earnings determination – 2009] [RS 01402.410 – court award or judgment – 2010] and [RS 01405.001 – earnings record correction – 2012].

This applies to the period covered in 7th Circuit Docket No. 11-1546 [Document #20-#30 – case closed on 11/24/14] and a $3.1 million financial judgment filed by the Clerk of the 7th Circuit Court of Appeals on 9/20/2011 and defaulted by the Appellee [City of Chicago] on 12/28/2012 – with an award of $90333 in statutory interest assessed against defendant [City of Chicago] by the 7th Circuit on 6/12/2015.

## XI. NOTICE OF COURT ORDERS AND JUDGMENTS

[A] Immediately upon the entry of an order or judgment in a case assigned to ECF, the Clerk of the Court will transmit to E-Filers in the case, in electronic form, a Notice of Electronic Filing. Electronic transmission of the Notice of Electronic Filing constitutes the notice required by Fed. R. Civ. P. 77[d] and Fed. R. Crim. P. 49[e]. The Clerk of the Court must give notice in paper form to a person who is not an E-Filer or represented by an E-Filer, in accordance with Federal Rules of Civil Procedure [FRCP], Federal Rules of Criminal Procedure [FRCrP], and the local rules of this court.

# EXHIBITS

1. Form 1040x – [1988] with correction on Form 4852 – substitute wage and tax statement
2. Form 1040x – [1989] with correction on Form 4852 – substitute wage and tax statement
3. Form 1040x – [1990] with correction on Form 4852 – substitute wage and tax statement
4. Form 1040x – [1991] with correction on Form 4852 – substitute wage and tax statement
5. Form 1040x – [1992] with correction on Form 4852 – substitute wage and tax statement

    Form 843 – Claim for refund and request for abatement – penalty removal 2-21-1994

6. Form 1040x – [1993] with correction on Form 4852 – substitute wage and tax statement

    Form 843 – Claim for refund and request for abatement – penalty removal 1-1-1996

7. Form 1040x – [1994] with correction on Form 4852 – substitute wage and tax statement
8. Form 1040x – [1995] with correction on Form 4852 – substitute wage and tax statement
9. Form 1040x – [1996] with correction on Form 4852 – substitute wage and tax statement
10. Form 1040x – [1997] with correction on Form 4852 – substitute wage and tax statement
11. Form 1040x – [1998] with correction on Form 4852 – substitute wage and tax statement
12. Form 1040x – [1999] with correction on Form 4852 – substitute wage and tax statement
13. Form 1040x – [2000] with correction on Form 4852 – substitute wage and tax statement
14. Form 1040x – [2001] with correction on Form 4852 – substitute wage and tax statement
15. Form 1040x – [2002] with correction on Form 4852 – substitute wage and tax statement
16. Form 1040x – [2003] with correction on Form 4852 – substitute wage and tax statement
17. Form 1040x – [2004] with correction on Form 4852 – substitute wage and tax statement
18. Form 1040x – [2005] with correction on Form 4852 – substitute wage and tax statement

    Form 843 – Claim for refund and request for abatement – penalty removal 10-30-2009

19. Form 1040x – [2006] with correction on Form 4852 – substitute wage and tax statement
20. IRS – IRM 5.12.3 – Federal tax liens –lien release [IRM 5.12.3.6][10-14-2013]


1-4 --1988-1991 – Voting Rights Act "expert fee" in federal case – Paul Williams et al v. State Board of Elections [Section 2, Section 5]. Creation of sub-districts for Cook County Judiciary.

5-13 – 1992-2000 – Voting Rights Act "expert fee" in federal case – Richard Barnett v. City of Chicago Board of Election Commissioners [1:92-CV-1683 NDIL.]. Creation of fair map for the Chicago City Council which would be in conformity with one man/one vote [Sec2/Sec5]. 7th Circuit CA mandate [2] affirming order for remittance of "expert fee" in Bill of Costs on 9-27-13

14-19 – 2001-2006 – employment discrimination [political] in federal case – Michael Shakman v. Democratic Organization of Cook County [1:69-CV-2145 NDIL] – Shakman 1 claim with $1500 award affirmed by federal monitor [Atty. Noelle Brennan on 3/26/2008] – 7th Circuit CA mandate [1] overturning monitor award and legal determination for Shakman2 claim timely filed on on 9/20/2011; 7th Circuit CA mandate [3] affirming statutory interest on Shakman2.

20 – IRS rules provide taxpayer [Victor M. Crown] with legal basis for order directing partial release of lien after 10-14-2013.

21. Illinois Department of Revenue – 9-28-2015 – taxpayer statement – tax, penalty, interest for the 2001, 2006, 2013 and 2014 – which totals $9961.19 and are under federal order to vacate.
22. Illinois Department of Revenue – 9-28-2015 – Final Notice of Tax Due – 2014 tax year.
23. State of Illinois Comptroller – certification of warrant [AD0738389] issued by State Comptroller Judy Baar Topinka on 7/26/2013 which affects compliance with 3/18/99 order in federal case.
24. Form 1040 – US Individual Income Tax Return [2011] – which includes $97645 in "wages, tips, other compensation" from a w-2 issued by the State of Illinois under 7th Circuit mandate. The magistrate order directs the Illinois Comptroller [Munger] to then comply with the 7th Circuit.
25. JUDGMENT FUND [2007] – Shakman 1 BILL OF COSTS – [$42436] – 7th Circuit mandate 9-20-11
26. JUDGMENT FUND [2007] –Shakman 2 claim filed 5-12-08 – [$134435] – includes statutory interest, penalty for improper collection action [$100000/negligence] and $30315 in back pay. [26 CFR 301.7433-1 – civil cause of action for certain unauthorized collection actions.
27. JUDGMENT FUND [2008] –Shakman 2 claim filed 5-12-08 – [$107965] – includes $100000 award in Shakman case/claim – which overturned the 3-26-2008 award determination by monitor; and $7965 in statutory interest which applies to 7th Circuit correction entered on 6/12/2015.
28. JUDGMENT FUND [2011] – [$100000 damage claim] – based on false/fraudulent IRS letter [3176C] which was issued on 8/19/15 – after 7th Circuit issued mandate for VCrown on 8/14/15. The 7th Circuit entered a correction order on 6/12/15 which was **"negligently" ignored** by the Internal Revenue Service [IRS] and opposing counsel [Atty. Olivia Hussey-Scott][USDOJ] who then intentionally failed to comply with federal law [28 USC 2410] and the US Atty/DOJ manual by neglecting to dismiss/transfer injunction case to Post-Litigation Unit after 7th Circuit correction was issued on 6-12-2015 and US Solicitor General failed to make a timely appeal by 7-13-15 before the US Supreme Court; and the 7th Circuit finally affirmed the mandate on 8-14-15.
29. JUDGMENT FUND [2011] – [$3757909 default judgment] on Shakman2 claim, which includes Judgment Fund Award Data Sheet with agency offsets which total $388747 to cover [1] federal withholding [$265272], FICA-medicare withholding [$88765] and state withholding [$34710]; BILL OF COSTS [$977101] and statutory interest [$90333] affirmed by 7th Circuit on 6-12-15. GENERAL ORDER 09-014 – DISTRICT COURT EXECUTIVE COMMITTEE – ordering the Social Security Administration [on or before 7-3-15] to process the adjustment affecting the earnings record of Victor M. Crown under SSA rules [RS 01401.140] for 1988-2006.

30. UNITED STATES DISTRICT COURT – BILL OF COSTS – Michael Shakman, et al. v. Democratic Organization of Cook County [COUNTY OF COOK – DAMAGE CLAIM] [Case No. 1:69-cv-2145 – Docket No. 11-1546 USCA [mandate entered on 12-28-2011]. [$576892 – LT ESTATE].

31. UNITED STATES DISTRICT COURT – BILL OF COSTS – Michael Shakman, et al. v. City of Chicago [CITY OF CHICAGO] [Case No. 1:69-cv-2145 – Docket No. 11-1546 USCA [mandate entered on 12-28-2011]. [$934665 – LT ESTATE – Victor M. Crown – Independent Administrator].

32. UNITED STATES DISTRICT COURT – BILL OF COSTS – Richard Barnett, et al v. City of Chicago Board of Election Commissioners] [Case No. 1:92-cv-1683 NDIL – Docket No. 1:07-CV-2533 USCA [mandate entered on 12-28-2011]. [$369467 – Victor M. Crown – Independent Administrator]. Motion Requesting Ministerial Order under FRAP21[a] – Case No 11-1546 [Document #43] [filed on 12-27-2011 at the 7th Circuit CA under the caption of the decision in the Shakman2 case].

33. UNITED STATES DISTRICT COURT – Motion Seeking Leave to File Pursuant to Order of Executive Committee [6-13-2008] requesting leave to file [enforce] Shakman2 claim filed on 5-12-2008. Accord Complaint Form – Agreed Settlement Order and Accord entered in Shakman et al v. Democratic Organization of Cook County, et al – affecting employment discrimination against Victor Crown by the City of Chicago Office of Inspector General from 5-24-2007 forward; and complaint cross-filed with the Commission on Human Relations on 5-12-2008 affecting discrimination based on national origin, ancestry, disability, source of income and retaliation [by the Office of Inspector General David Hoffman]; original complaint is based upon petitioner [Victor M. Crown] support for the RULE OF LAW and full compliance with federal court order entered on 3-18-199 in criminal case [1:99-CR-0047 NDIL] and Gov. Edgar's amendatory veto of a bill [HB 971] which restored Miriam Santos to "ex officio" position on City pension boards.

34. UNITED STATES DISTRICT COURT – Motion Seeking Leave to File Pursuant to Order of Executive Committee [10-7-2008] requesting leave to file [enforce] Shakman2 claim filed on 5-12-2008.

35. UNITED STATES DISTRICT COURT – Motion Seeking Entry of Default Judgment – received on 11-26-2008 by Clerk which includes a default judgment from 9-12-2008 of $357723.

36. UNITED STATES DISTRICT COURT – Motion Seeking Leave to File Pursuant to Order of Executive Committee [7-10-2009] requesting leave to file [enforce] on 2 state cases [05 CC 1657 – state back pay; and 06 CC 2009 – qui tam award affecting Lourdes Theodossis Estate].

37. UNITED STATES DISTRICT COURT – Affidavit of Noelle Brennan pursuant to FRCP53 which affirms that Ms. Brennan's husband [Craig Varga] were both "part of a group ownership vacation property in Michigan" with City of Chicago Corporation Counsel MForti [pro-Daley] which ended in March, 2008 – or at roughly the same time Ms. Brennan affirmed a $1500 Shakman Award for petitioner [Victor M. Crown –pro-Santos on Gov. Edgar veto of 11-7-91] which was eventually overturned with entry of a $3.1 million financial judgment against City of Chicago on 9/20/2011 – with a correction order affirming "statutory interest" and filing bar against the City of Chicago, County of Cook and State of Illinois from 5-26-2009 forward. [Case 15-1734 –Doc76].

38. **United States Attorneys Manual – 6-5.320 – Actions Under 28 USC 2410** – Procedures [D. Appeal] affecting 6-5.470 ["wrongful disclosure" suits against the United States]; 6-5.480 ["wrongful collection" suits against the United States]; 6-5.500 Suits Involving Governmental Immunity from State and Local Taxes; 6-5.750 – Appeals in tax matters – when the Solicitor General declines to Appeal; 6-6.612 – concessions on refund suits; 6-6.613 – issuance of refund

checks, 6-7.100 duties of the Post-Litigation Unit; 6-7.200 – delivery of checks [unconditionally]. The US Attorneys manual [6-5.320] and its **rules were then intentionally breached** in the injunction case filed on 7-16-2014 against Victor Crown, CF Accounting, Inc., Accurate Accounting and the Estate after the DC Circuit established the primary legal jurisdiction over tax preparers and the expired **PTIN #30763283 [of Victor M. Crown] on 2-27-2014**; and after the 7th Circuit entered a correction on **6-12-2015** for statutory interest from 5-26-2009 forward [which would apply to Shakman award recipients who were affirmed by the monitor on 3-26-2008 – which all happened while Atty. Olivia Hussey-Scott was the attorney of record in this case].

39. **DEPARTMENT OF TREASURY/INTERNAL REVENUE SERVICE** – 6-26-2015 – release of legal advice based on request from 5-26-2015 submitted to IRS/legal which expanded the definition of "return information" which would be covered under IRS Code 6103.02-02 [privacy rules] – which in conjunction with the IRS letter [4527C] from 9-28-15 provides C&F Acct Inc. and Estate with a proper legal basis to request a Rule 41[b] dismissal of the tax preparer injunction case.

40. **DEPARTMENT OF TREASURY/INTERNAL REVENUE SERVICE** – IRS letter [4527C] affirming a lack of legal authority to regulate tax preparers under Loving v. USA from **2-14-2014** forward – which affects a tax preparer case decided by US Court of Appeals for the DC Circuit. This court decision removed the Level I – registered tax return preparer designation [of Victor Crown] and established that the injunction case submitted on 7-16-14 was improperly filed and/or that the response by opposing counsel in December, 2014 was invalidated by expiration of the defendants own PTIN #30763283 on **2-14-2015** – after defendant moved to dismiss the case and quash "fraudulent' legal service on 12-16-2014 and decided not to renew a PTIN – which then means that the estate can clearly establish that the civil injunction case was filed/maintained and extended by USDOJ for an improper purpose which relates to the DOJ effort to influence the City of Chicago municipal election –race for mayor – which is a direct violation of DOJ rules.

41. **CROWN-FRANKLIN ACCOUNTING, INC – PRIVACY POLICY** – in compliance with Gramm-Leach-Bliley Act, PL 106-102 [FTC 16 CFR Part 313; US MASTER TAX GUIDE Section 2892 [confidentiality of returns]; Section 2894. [disclosure of return information].

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

F

UNITED STATES OF AMERICA )
**Plaintiff**

)
)
)
)

VS. )

VICTOR M. CROWN, et al )
LOURDES THEODOSSU ESTATE )
**Defendant**

CASE No. 1:14-CV-05902

JUDGE HON. JAMES ZAGEL
HON. JEFFREY GILBERT

28 USC 1651
28 USC 1652
GENERAL ORDER
09-014 (6/5/09)

**NOTICE OF FILING**

TO: STATE OF ILLINOIS COMPTROLLER
160 N. LASALLE STREET
CHICAGO, IL 60601

TO: US DEPT. OF JUSTICE
C/O ATTY OLIVIA HUSSEY SCOTT
WASHINGTON, DC 20530

# FILED

OCT 0 6 2015

THOMAS G. BRUTON
**CLERK, U.S. DISTRICT COURT**

I understand (plaintiff/defendant), certify that on the 6th day of OCTOBER,
15
2009, I served a copy of this DEFENDANTS ESTATE FORESt to each person whom it is

directed by way of ELECTRONIC SERVICE & PERSONAL SERVICE
COMPLIANCE SET FOR 24 hours after DOCKETING.

Signature: Victor M. Crown Ind Adm

Name: LOURDES THEODOSSIS ESTATE

Address: 5962 N. Lincoln Ave

City/Zip: Chicago, IL. 60659-3711

Telephone: 773 691-5978

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA
_____
Plaintiff(s)

CASE No. 1:14-CV-05402

vs.

VICTOR M. CROWN, et al
LOURDES THEODOSSIS ESTATE
_____
Defendant(s)

JUDGE: HON JAMES ZAGEL
HON JEFFREY GILBERT
MAGISTRATE

28 USC 1651/1652
GENERAL ORDER 09-01
COMPLIANCE SET
For 24 hours after
DOCKETING.

**PROOF OF SERVICE**

TO: STATE OF ILLINOIS COMPTROLLER
160 N. LASALLE ST. 15th
CHICAGO, IL 60601

TO: DEPARTMENT OF TREASURY
INTERNAL REVENUE SERV.
FRESNO CA 93888-0025

I, the undersigned (plaintiff/defendant), certify that on the 6th day of OCTOBER, 2015, I served a copy of this DEFENDANTS (ESTATE) FRCP 54 to each person whom it is directed by way of ELECTRONIC SERVICE, PERSONAL SERVICE.

Signature Victor U. Crown - Ind Adm
Name LOURDES THEODOSSIS ESTATE
Address 5962 N. LINCOLN AVE
City/Zip CHICAGO, IL 60659
Telephone 773 691-5478